| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF WISCONSIN |
| Case number *(if known)*          Chapter   **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Maple Leaf, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
39-1808637

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2416 Spring Rose Road** <br> **Verona, WI 53593** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Dane** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify:

Debtor **Maple Leaf, Inc.** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor **Maple Leaf, Inc.** Case number (*if known*)
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

Debtor  **Maple Leaf, Inc.**_____   Case number (*if known*)_____
      Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Maple Leaf, Inc.**                                                                 Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 25, 2022**
              MM / DD / YYYY

**X** **/s/ Joel Grant**                                                **Joel Grant**
    Signature of authorized representative of debtor                    Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ Craig E. Stevenson**                                        Date **March 25, 2022**
    Signature of attorney for debtor                                         MM / DD / YYYY

**Craig E. Stevenson 1060082**
Printed name

**DeWitt LLP**
Firm name

**Two E. Mifflin Street, Ste. 600**
**Madison, WI 53703**
Number, Street, City, State & ZIP Code

Contact phone  **608-252-9263**       Email address  **ces@dewittllp.com**

**1060082 WI**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Maple Leaf, Inc.** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WISCONSIN** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Advance Auto Parts ADVANCE AUTO PARTS AAP FINANCIAL SERVICE P.O. BOX 742063 Atlanta, GA 30374-2063 | | Vendor | | | | $6,592.38 |
| BMO Harris Bank N.A. P.O. Box 71810 Chicago, IL 60694 | | Truck 73 - 2021 International SBA MV607 VIN3HAEUMML0MZ258689 | | $102,000.00 | $55,000.00 | Unknown |
| Brunke Glass & Window Co., Inc. 6702 Watts Rd Madison, WI 53719 | | Vendor | | | | $2,861.06 |
| Capital Dude, LLC 79 E Madison Ave 17th Floor New York, NY 10016 | | Interest in receivables | | $225,000.00 | Unknown | Unknown |
| Capitol Lawn Sprinkler Inc. 636 S. Nine Mound Road Verona, WI 53593 | | Vendor | | | | $21,770.00 |
| Fabick Rents John Fabick Tractor Co. P.O. Box 956362 Saint Louis, MO 63195-6362 | | Vendor | | | | $6,517.75 |
| Federated Insurance P.O. Box 64304 Saint Paul, MN 55164-0304 | | Vendor | | | | $41,970.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor **Maple Leaf, Inc.**                                               Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GHC-SCW** P.O. Box 88619 Milwaukee, WI 53288-0619 | | **Vendor** | | | | $14,330.68 |
| **Greater Madison Chamber of Commerce** P.O. Box 71 Madison, WI 53701-0071 | | **Vendor** | | | | $810.00 |
| **Hatch Building Supply** 5601 Manufacturers Drive Madison, WI 53704 | | **Vendor** | | | | $8,007.57 |
| **Heartland Pergolas** 21060 Holden Drive Davenport, IA 52806 | | **Vendor** | | | | $6,000.00 |
| **Insight FS** 222 E Puerner Street PO Box 359 Jefferson, WI 53549-1246 | | **Vendor** | | | | $10,009.96 |
| **Kubota Credit Corporation, U.S.A.** P.O. Box 0559 Carol Stream, IL 60132 | | **Kubota Mowers** | | $74,000.00 | $50,000.00 | Unknown |
| **Pauls Turf** 5146 Ridge Road Marshall, WI 53559 | | **Vendor** | | | | $12,156.20 |
| **Pomp's Tire Service, Inc.** Attn: AR Department P.O. Box 1630 Green Bay, WI 54305-1630 | | **Vendor** | | | | $13,442.36 |
| **Purchase Power** P.O. Box 371874 Pittsburgh, PA 15250-7874 | | **Vendor** | | | | $4,455.35 |
| **Society Insurance** P.O. Box 1237 Fond Du Lac, WI 54936-1237 | | **Vendor** | | | | $2,000.00 |
| **State of Wisconsin Department of Revenue** P.O. Box 8902 Madison, WI 53708-8902 | | **All assetss** | | $159,432.86 | $0.00 | Unknown |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3-22-10420-cjf    Doc 1    Filed 03/25/22    Entered 03/25/22 11:08:28    Desc Main
Document      Page 8 of 13

Debtor **Maple Leaf, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UniFirst Corporation<br>W136 N4863<br>Campbell Drive<br>Menomonee Falls,<br>WI 53051** | | **Vendor** | | | | $10,623.19 |
| **University Sports<br>Publications<br>6666 Odana Rd.<br>Madison, WI 53719** | | **Vendor** | | | | $2,990.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Maple Leaf, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 25, 2022**

/s/ Joel Grant  
**Joel Grant**/**President**  
Signer/Title

```
Advance Auto Parts
ADVANCE AUTO PARTS AAP FINANCIAL SERVICE
P.O. BOX 742063
Atlanta, GA 30374-2063

Ally
P.O. Box 380902
Minneapolis, MN 55438

BMO Harris Bank N.A.
P.O. Box 71810
Chicago, IL 60694

Brunke Glass & Window Co., Inc.
6702 Watts Rd
Madison, WI 53719

Capital Dude, LLC
79 E Madison Ave
17th Floor
New York, NY 10016

Capitol Lawn Sprinkler Inc.
636 S. Nine Mound Road
Verona, WI 53593

Citizens One
P.O. Box 42113
Providence, RI 02940-2113

Fabick Rents
John Fabick Tractor Co.
P.O. Box 956362
Saint Louis, MO 63195-6362

Federated Insurance
P.O. Box 64304
Saint Paul, MN 55164-0304

GHC-SCW
P.O. Box 88619
Milwaukee, WI 53288-0619

GM Financial
P.O. Box 78143
Phoenix, AZ 85062

Grant Properties, LLC
7589 Bobcat Lane
Verona, WI 53593

Greater Madison Chamber of Commerce
P.O. Box 71
Madison, WI 53701-0071
```

```
Hatch Building Supply
5601 Manufacturers Drive
Madison, WI 53704

Heartland Pergolas
21060 Holden Drive
Davenport, IA 52806

Insight FS
222 E Puerner Street
PO Box 359
Jefferson, WI 53549-1246

Joel and Jamie Grant
7589 Bobcat Lane
Verona, WI 53593

Komatsu Financial
P.O. Box 99303
Chicago, IL 60693-9303

Kubota Credit Corporation, U.S.A.
P.O. Box 0559
Carol Stream, IL 60132

Mitsubishi
21925 Network Place
Chicago, IL 60673-1219

Pauls Turf
5146 Ridge Road
Marshall, WI 53559

Pomp's Tire Service, Inc.
Attn: AR Department
P.O. Box 1630
Green Bay, WI 54305-1630

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Society Insurance
P.O. Box 1237
Fond Du Lac, WI 54936-1237

State of Wisconsin
Department of Revenue
P.O. Box 8902
Madison, WI 53708-8902
```

```
Tamarack Trails Community Services Assoc
c/o Atty. Lydia J. Chartre
Husch Blackwell
33 East Main Street Suite 300
Madison, WI 53701

UniFirst Corporation
W136 N4863 Campbell Drive
Menomonee Falls, WI 53051

University Sports Publications
6666 Odana Rd.
Madison, WI 53719

Wells Fargo Auto
P.O. Box 17900
Denver, CO 80217-0900

Wells Fargo Vendor Financial Services
P.O. Box 105743
Atlanta, GA 30348-5743

Wisconsin Bank & Trust
c/o Atty. David Van Lieshout
Van Lieshout Law Office
122 E. Main Street
Little Chute, WI 54140
```

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Maple Leaf, Inc.**                                    Case No.
                        Debtor(s)                              Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Maple Leaf, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 25, 2022** | **/s/ Craig E. Stevenson** |
| Date | **Craig E. Stevenson 1060082** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Maple Leaf, Inc.** |
| | **DeWitt LLP** |
| | **Two E. Mifflin Street, Ste. 600** |
| | **Madison, WI 53703** |
| | **608-252-9263 Fax:608-252-9243** |
| | **ces@dewittllp.com** |