**Fill in this information to identify the case:**

Debtor name      **Maple Leaf, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **3:22-10420-cjf**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  8, 2022**        X **/s/ Joel Grant**
                                        Signature of individual signing on behalf of debtor

                                        **Joel Grant**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Maple Leaf, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | **3:22-10420-cjf** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advance Auto Parts ADVANCE AUTO PARTS AAP FINANCIAL SERVICE P.O. BOX 742063 Atlanta, GA 30374-2063 | | Vendor | | | | $6,592.38 |
| BMO Harris Bank N.A. PO Box 3040 Cedar Rapids, IA 52406 | | Truck 73 - 2021 International SBA MV607 VIN 3HAEUMML0NZ258689 | | $83,555.07 | $55,000.00 | $28,555.07 |
| Branded Image 211 East Verona Ave. Verona, WI 53593 | | | | | | $2,171.19 |
| Capitol Lawn Sprinkler Inc. 636 S. Nine Mound Road Verona, WI 53593 | | Vendor | | | | $21,770.00 |
| Fabick Rents John Fabick Tractor Co. P.O. Box 956362 Saint Louis, MO 63195-6362 | | Vendor | | | | $6,517.75 |
| Fargen, Ethan 309 S. Iowa St. Dodgeville, WI 53533 | | | | | | $1,535.77 |
| Federated Insurance P.O. Box 95231 Chicago, IL 60694-5231 | | Vendor | | | | $41,970.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | Maple Leaf, Inc. | | Case number *(if known)* | 3:22-10420-cjf |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GHC-SCW P.O. Box 88619 Milwaukee, WI 53288-0619 | | Vendor | | | | $14,330.68 |
| Hatch Building Supply 5601 Manufacturers Drive Madison, WI 53704 | | Vendor | | | | $8,007.57 |
| Heartland Pergolas 21060 Holden Drive Davenport, IA 52806 | | Vendor | | | | $6,000.00 |
| Insight FS 222 E Puerner Street PO Box 359 Jefferson, WI 53549-1246 | | Vendor | | | | $10,009.96 |
| Kubota Credit Corporation, U.S.A. P.O. Box 0559 Carol Stream, IL 60132 | | Kubota Mowers | | $74,600.00 | $50,000.00 | $24,600.00 |
| Mitsubishi 21925 Network Place Chicago, IL 60673-1219 | | Truck 84 - 2021 International CV515 VIN 1HTKTSWM4MH265343 | | $89,385.00 | $60,000.00 | $29,385.00 |
| Pauls Turf 5146 Ridge Road Marshall, WI 53559 | | Vendor | | | | $12,156.20 |
| Pomps Tire Attn: AR Department P.O. Box 88697 Milwaukee, WI 53288-8697 | | Vendor | | | | $13,442.36 |
| Purchase Power P.O. Box 371874 Pittsburgh, PA 15250-7874 | | Vendor | | | | $4,455.35 |
| Society Insurance P.O. Box 1237 Fond Du Lac, WI 54936-1237 | | Vendor | | | | $2,000.00 |
| State of Wisconsin Department of Revenue P.O. Box 8902 Madison, WI 53708-8902 | | All assets | | $159,432.86 | $0.00 | $159,432.86 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Maple Leaf, Inc.** | | Case number *(if known)* | **3:22-10420-cjf** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UniFirst Corporation W136 N4863 Campbell Drive Menomonee Falls, WI 53051** | | **Vendor** | | | | **$10,623.19** |
| **University Sports Publications 6666 Odana Rd. Madison, WI 53719** | | **Vendor** | | | | **$2,990.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

**Fill in this information to identify the case:**

Debtor name **Maple Leaf, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN

Case number (if known) **3:22-10420-cjf**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................   $ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................   $ **4,591,938.92**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................   $ **4,591,938.92**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ **3,402,548.72**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ **3,558.95**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ **173,876.97**

4.   Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b          $ **3,579,984.64**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Maple Leaf, Inc.** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN |
| Case number (if known) **3:22-10420-cjf** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$3,200.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Old National Bank checking Operating account (#5732) $25,487.22 Payroll account (#2750) $939.00** | Checking | | $26,426.22 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $29,626.22 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Maple Leaf, Inc.** | Case number *(If known)* **3:22-10420-cjf** |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | **337,999.35** | - | **0.00** | = .... | **$337,999.35** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **74,790.85** | - | **0.00** | =.... | **$74,790.85** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$412,790.20** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials Shrubs, brick, mulch, salt** | | **$0.00** | **Recent cost** | **$652,000.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies Small tools, landscape tools, small engines parts, vehicle parts** | | **$0.00** | | **$380,000.00** |

| 23. | **Total of Part 5.** | **$1,032,000.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Maple Leaf, Inc.** | Case number *(If known)* **3:22-10420-cjf** |
|---|---|---|
| | Name | |

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Chairs, desks, cabinets, tables, etc.** | **Unknown** | | **$30,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers, printers, scanners, phone systems, etc.** | **Unknown** | | **$60,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$90,000.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| Debtor | **Maple Leaf, Inc.** | Case number *(If known)* **3:22-10420-cjf** |
|---|---|---|
| | Name | |

| 47.1. | **Trucks, trailers, snow removal equipment, landscaping equipment, etc. as reflected on attached appraisal dated Jan. 28, 2022**<br>**OLV: $2,967,850.00**<br>**FLV: $2,554,500.00** | $0.00 | Appraisal | $2,967,850.00 |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $2,967,850.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
■ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lease of premises located at 2416 Spring Rose Road, Verona, WI Includes shop and office buildings, plus surrounding land and lots Owned by Grant Properties, LLC** | **Leasehold** | | **Unknown** | **Unknown** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

| Debtor | **Maple Leaf, Inc.** | Case number *(If known)* | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Website: www.mapleleaflandscaping.com** | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer lists and associated goodwill** **Total list of 6,000 current and previous customers** | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ■ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor    **Maple Leaf, Inc.** _____    Case number *(If known)* **3:22-10420-cjf**
Name

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Potential claim against consultant for return of excess fees**<br>**International Development Services** _____<br>Nature of claim<br>Amount requested _____ **$0.00** | **Unknown** |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br><br>**Advance fee deposit in DeWitt LLP Trust account** _____ | **$59,672.50** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$59,672.50** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor     **Maple Leaf, Inc.**                                   Case number *(If known)*  **3:22-10420-cjf**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $29,626.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $412,790.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $1,032,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $90,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,967,850.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $59,672.50 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,591,938.92 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,591,938.92 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy



# CERTIFICATION

Effective January 28, 2022 Hansen Auction Group rendered and appraisal report for HTLF/Arizona Bank & Trust of Maple Leaf Landscaping assets.

We hereby certify:

That we have personally inspected the property.

That the appraisal has been made and the report rendered strictly in accordance with the standard of practice and within the code of ethics of professional property appraisers.

That, to the best of our knowledge and belief, everything contained in the report is true and that no important facts have been overlooked or withheld from the final report.

That we have no undisclosed interest in the subject property, the object of the appraisal ether past or present.

That our employment and compensation for rendering this opinion and the report are not contingent upon anything other than the delivery of this report for the predetermined fees.

In the acceptance of this appraisal assignment and the completion of this appraisal report submitted herewith, it has been assumed by this appraisal firm that the title to the assets appraised is marketable and no responsibility attaches to this appraisal firm by reason of legal matters, especially those affecting title to the property.

Any sketches, maps, drawings or photographs contained in this report are included only to assist the reader in visualizing the assets.

Care has been taken to ensure that certain opinions, estimates, dates and statistics furnished by others in the course of compiling a work file on the included assets are correct, but no liability or responsibility attaches to this appraisal firm for their accuracy.

The values as estimated are reported in United States Dollars on the effective date of this appraisal. No right to expert testimony is included.


HANSEN AUCTION GROUP, LLC.


Keith Killam


1000 Rock Ledge Lane, Neenah WI 54956        Office: 920 383-1012



**Hansen Auction Group**
1000 Rock Ledge Lane
Neenah, WI 54956
Completed by: Keith Killam
920-379-3910

| Equipment # | Photo | Orderly Liquidation Value | Forced Liquidation Value | Title | Description |
|---|---|---|---|---|---|
| 73 | | $ 55,000.00 | $ 50,000.00 | 2021 International SBA MV607 | VIN 3HAEUMML0NZ258689 - 28,000 miles - In good condition |
| | | $ 5,000.00 | $ 3,000.00 | Salt Dog Salter | In good condition |
| 330 | | $ 6,000.00 | $ 5,000.00 | 2011 Chevrolet Equinox LT | 212,000 Miles - VIN 2GNALDEC6B129530 - Very Good Condition |
| 30 | | $ 31,000.00 | $ 26,000.00 | 2018 Chevrolet Colorado | VIN 1GCHSBEA1J1284034 - 52,000 miles - like new condition |
| | | $ 10,000.00 | $ 8,500.00 | New Kubota Mower SZ26-52 | New - With bagger |
| | | $ 8,500.00 | $ 8,000.00 | New Kubota Z726X Mower | No bagger |
| | | $ 2,500.00 | $ 2,000.00 | (2) New Ariens AX 208  Snow Throwers | 9.5 gross torque |
| 24 | | $ 27,000.00 | $ 22,000.00 | 2015 Chevrolet 2500 HD  Single Cab Long Box | 85000 Miles - VIN 1GC0KUEG2FZ556919 - w/ Plastic Tank, Hose Reel and Sprayer with Honda Motor - Condition good |
| 84 | | $ 60,000.00 | $ 55,000.00 | 2021 International CV515 | VIN 1HTKTSWM4MH265343 - 20,000 miles - with Salter - Like new condition |
| | | $ 62,000.00 | $ 57,000.00 | New Kubota SVL 75-2 Skid Steer Tracks | 227 hours - PIN KBCZ052CEL1L54811 |
| | | $ 180,000.00 | $ 165,000.00 | New 2021 Komatsu WA270 Wheel Loader | 14 hours - SN KMTWA136LMNA29562 |
| | | $ 3,500.00 | $ 3,000.00 | 14' Pusher | SN 03621 - In good condition |
| 1 | | $ 8,000.00 | $ 6,000.00 | 2009 Chevrolet 2500 HD | VIN 1GCHK53K09F114453 - Poor Condition |
| | | $ 35,000.00 | $ 32,000.00 | 2014 Bobcat S770 | SN ATF212639 - 2782 hours - with bucket - in good condition |
| 7 | | $ 22,000.00 | $ 20,000.00 | 2014 Bobcat S530 2 Speed Skid Steer | SN ALR811585 - With Bucket - Glass Cab - 2312 Hours - In good condition |
| | | $ 1,500.00 | $ 1,000.00 | 5' Sweeper | In good condition |
| | | $ 43,000.00 | $ 39,000.00 | 2018 Bobcat S650 Skid Steer | SN ALJ824376 - 1400 hours - In very good condition |
| | | $ 30,000.00 | $ 27,000.00 | 2015 Bobcat S650 Skid Steer | SN ALJ815159 - 1800 hours - in good condition |

| ID | | $ | $ | Description | Notes |
|---|---|---|---|---|---|
| |  | $ 180,000.00 | $ 165,000.00 | New Komatsu WA 270 Wheel Loader | SN KMTWA136HMA085247 - 14 hours |
| | | $ 5,200.00 | $ 4,200.00 | 16' Folding Wing Pusher | In very good condition |
| |  | $ 62,000.00 | $ 57,000.00 | Kubota SVL 75-2 Skid Steer Tracks | SN KBCZ021CVL1L15145 - 230 hours - In very good condition |
| E55 |  | $ 52,000.00 | $ 48,000.00 | 2016 Bobcat E55 Mini Excavator | SN AJ1911829 - 2300 hours - in good condition |
| |  | $ 18,000.00 | $ 16,000.00 | John Deere 544G | SN DW544GB548350 - 8800 hours - In fair condition |
| |  | $ 3,500.00 | $ 3,000.00 | 14' Pusher | In good condition |
| 95 |  | $ 31,000.00 | $ 27,000.00 | 2018 Chevy 2500 High Country Pickup Truck | VIN 1GC1KXEY0JF191732 - 148,000 miles - Diesel - with plow - In good condition |
| 9 |  | $ 32,000.00 | $ 26,000.00 | 2017 Chevy Suburban | 164,700 Miles - VIN 1GNSKJKC8HR319290 - In excellent condition |
| |  | $ 33,000.00 | $ 31,500.00 | 2019 Red Blazer | 42,707 miles - In excellent condition |
| 55 |  | $ 30,000.00 | $ 25,000.00 | 2017 Chevrolet High Country Truck | 167,000 Miles - VIN 1GC1KXE89GF291966 - Diesel - with Boss plow SN 401381100 - In very good condition |
| 29 |  | $ 25,000.00 | $ 20,000.00 | 2016 Chevrolet 2500 HD Single Cab | 87,000 Miles - VIN 1GC0KUEG4FZ557778 - In good condition |
| 21 |  | $ 23,000.00 | $ 20,000.00 | 2015 Chevrolet Silverado | VIN 1GCVKREH5FZ358640 - 127,000 miles - In good condition |
| |  | $ 77,000.00 | $ 70,000.00 | 2021 Chevrolet Tahoe High Country | In Excellent Condition - 38,000 Miles - VIN 1GNSKTKL4MR234274 |
| 4 |  | $ 26,000.00 | $ 22,000.00 | 2015 Chevrolet Silverado LT Four Door Truck | 160,000 Miles - VIN 1GCVKREC8FZ437935 - In good condition |
| 42 |  | $ 8,000.00 | $ 6,500.00 | 2008 Chevrolet Silverado | VIN 2GCEK133081197456 - In good condition - 183,000 miles |
| 18 |  | $ 23,000.00 | $ 20,000.00 | 2013 Chevrolet 2500 HD Silverado | 155,000 Miles - VIN 1KVC83DF160423 - Allison Transmission Duramax 6.6 - Diesel - In good condition |
| 16 |  | $ 27,000.00 | $ 23,000.00 | 2015 Chevrolet Silverado LT | 111,500 Miles - VIN 1GCVKREH7FZ198387 - In good condition |
| 75 |  | $ 18,000.00 | $ 14,000.00 | 2011 Chevrolet 2500 HD | 189,000 Miles - VIN 1GC2KXCG6BZ222013 - Good Condition |
| 54 |  | $ 8,000.00 | $ 6,500.00 | 2007 Chevrolet 2500 HD | 121,000 miles - VIN 1GCHK24K87E524367 - In Fair Condition |
| B11 |  | $ 24,000.00 | $ 20,000.00 | 2015 Bobcat S590 Skid Steer | with Snow Bucket - Glass Cab with Door - 1824 Hours - SN AR9R13880 - in good condition |
| T27 |  | $ 3,500.00 | $ 2,500.00 | Tandem Axle Trailer | VIN KK0000000001883 - Flip up ramps - In fair condition |
| 89 |  | $ 55,000.00 | $ 50,000.00 | 2021 Chevrolet 2500 HD | 22,000 Miles - VIN 1GC3YLE71MF112435 - Excellent Condition - Aluminum Fuel Tank and Tool Box - with plow |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | | $ | 29,000.00 | $ | 27,000.00 | 2017 Chevrolet 2500 Truck | VIN 1GC0KUEG7HZ341944 - 93,000 miles - with plow - In good condition |
| B16 | | $ | 24,000.00 | $ | 20,000.00 | 2015 Bobcat S590 2 Speed Skid Steer | 2500 Hours - 84" Snow Bucket - SN AR9R14290 - In good condition |
| T25 | | $ | 3,500.00 | $ | 3,000.00 | Tandem Axle Trailer | VIN 1Z9AA20277V146024 - Flip up ramps - In fair condition |
| 2 | | $ | 30,000.00 | $ | 27,000.00 | 2015 Bobcat S650 Skid Seer | SN ALJ815031 - with bucket - 2140 hours - In good condition |
| T9 | | $ | 3,500.00 | $ | 3,000.00 | Tandem Axle Trailer | VIN 1Z9AA20295V146007 - Flip up ramps - In fair condition |
| 26 | | $ | 22,000.00 | $ | 20,000.00 | 2013 Chevrolet 2500 HD | With Plow, Fuel Tank and Tool Box - VIN 1GC0KVCG2DZ281669 - 100,000 miles - In good condition |
| T20 | | $ | 3,500.00 | $ | 3,000.00 | Tandem Axle Trailer | VIN 1Z9AA20277V146024 - Flip up ramps - In fair condition |
| 4 | | $ | 25,000.00 | $ | 22,000.00 | 2016 Bobcat S595 2 Speed Skid Steer w/ Snow Bucket | Glass Cab - No Door - 1800 Hours - SN B3NL11032 - In good condition |
| | | $ | 28,000.00 | $ | 24,000.00 | 2017 Bobcat S595 Skid Steer | 2 speed - 1895 hours - SN B3NL12384 - In very good condition |
| T26 | | $ | 3,500.00 | $ | 3,000.00 | Tandem Axle Trailer | VIN KK000000001882ML - Flip up ramps - wood deck - storage box on front - In good condition |
| 72 | | $ | 20,000.00 | $ | 16,000.00 | 2009 GMC C7500 Flat Bed Truck | 208,000 Miles - Condition Fair - VIN 1GDJ7C1GX9F408668 - Aluminum Deck - In fair condition |
| | | $ | 5,000.00 | $ | 3,500.00 | Stainless Steel Salter | In good condition |
| B10 | | $ | 26,000.00 | $ | 23,000.00 | 2016 Bobcat S590 2 Speed Skid Steer | With Snow Bucket - Glass cab - 1730 Hours - SN AR9R17181 - In good condition |
| T23 | | $ | 3,000.00 | $ | 2,500.00 | Tandem Axle Trailer | VIN 1Z9AA20248V146029 - Flip Up Ramps - Steel Deck - In fair condition |
| 24 | | $ | 27,000.00 | $ | 23,000.00 | 2015 Chevrolet 2500 HD  Single Cab Long Box | 85,000 Miles - VIN 1GC0KUEG2FZ556919 - with 9'2" Power-V XT plow - Condition Poor |
| 31 | | $ | 21,000.00 | $ | 19,000.00 | 2013 Chevrolet Silverado 2500 HD | VIN 1GC0KVCG0DF202159 - w/ Tool Box and plow - Condition Fair - 104,000 miles |
| 19 | | $ | 9,500.00 | $ | 8,000.00 | 2009 Chevrolet 2500 | VIN 1GCHK44K69F126714 - Poor Condition - 59,500 miles - rusty - with plow |
| T15 | | $ | 3,500.00 | $ | 3,000.00 | Tandem Axle Trailer | VIN 1Z9AA20296V146055 - Flip Up Ramps - Steel Deck - In good condition |
| B17 | | $ | 24,000.00 | $ | 20,000.00 | Bobcat S590 2 Speed Skid Steer | Glass Cab - Bucket - 2245 Hours - In good condition |
| 12 | | $ | 22,000.00 | $ | 20,000.00 | 2012 Chevy 2500 HD | VIN 1GC0KVCGXDF121105 - 73,200 miles - V Plow - In fair condition |
| 46 | | $ | 12,000.00 | $ | 9,000.00 | 1999 Freightliner Business Class | VIN 1FV6GFAC5YHF01665 - w/ 10' Dump Box - Poor Condition - 106,000 miles |
| | | $ | 5,000.00 | $ | 3,500.00 | Salt Dog Salter | Stainless steel - In good condition |

| # | | | | High Bid | | Low Bid | | Description | Condition |
|---|---|---|---|---|---|---|---|---|---|
| 94 | | | | $ | 45,000.00 | $ | 41,000.00 | 2018 Chevrolet 3500 HD | Allison Transmission Duramax - w/ Monroe Stainless Steel Dump Box - 47,400 Miles - VIN 1GB3KYCY3JF267191 - good condition - has plow |
| | | | | $ | 5,000.00 | $ | 3,500.00 | Salt Dog Salter | Stainless steel - In good condition |
| 45 | | | | $ | 6,000.00 | $ | 4,000.00 | 2007 Chevrolet 2500 HD | VIN 1GCHK24K98E108975 -91,000 miles - straight blade plow - In poor condition |
| 83 | | | | $ | 55,000.00 | $ | 50,000.00 | 2020 Chevrolet 3500 HD Truck with Dump Box | VIN 1GB3YTE7XLF244516 - Good Condition - 23,400 Miles - Hoist steel box |
| | | | | $ | 4,000.00 | $ | 3,000.00 | Plastic Salter | In good condition |
| 91 | | | | $ | 35,000.00 | $ | 30,000.00 | 2017 Chevrolet 3500 HD w/ Dump Box | 63,000 Miles - VIN 1GB3KYCG6HZ317081 - In good condition |
| | | | | $ | 5,000.00 | $ | 3,500.00 | Salt Dog Salter | Stainless steel - In good condition |
| 90 | | | | $ | 34,000.00 | $ | 30,000.00 | 2017 Chevrolet 3500 HD | 57,300 Miles - Vin 1GB3KYCG0HZ315780 - w/ Steel Dump Box with hoist - Good condition |
| | | | | $ | 4,000.00 | $ | 3,000.00 | Plastic Salter | In good condition |
| 80 | | | | $ | 25,000.00 | $ | 20,000.00 | 2011 Chevrolet 3500 HD w/ Aluminum Flat Bed | 95,000 miles - VIN 1GB3KZCGXCF131026 - In good condition |
| | | | | $ | 5,000.00 | $ | 3,500.00 | Salt Dog Salter | Stainless steel - In good condition |
| 15/93 | | | | $ | 8,000.00 | $ | 6,000.00 | 2000 Sterling w/ 12' Steel Dump Box | 332,000 Miles - VIN 2FZAASAK91AH65930 - Condition Poor |
| | | | | $ | 5,000.00 | $ | 3,500.00 | Salt Dog Salter | Stainless steel - In good condition |
| T33 | | | | $ | 2,500.00 | $ | 2,000.00 | 2012 Pace American Enclosed Trailer | 7'x16' - VIN 4011G162933900345 - In fair condition |
| | | | | $ | 400.00 | $ | 300.00 | (2) Stihl FS94R Weed Trimmer | In good condition |
| | | | | $ | 4,500.00 | $ | 3,800.00 | Scag 48 Advantage | In good condition |
| | | | | $ | 8,500.00 | $ | 8,000.00 | New Kubota SZ-26 52 | In new condition |
| | | | | $ | 4,000.00 | $ | 3,300.00 | Scag V Ride | In good condition |
| | | | | $ | 4,500.00 | $ | 3,800.00 | Scag 48 Advantage | In good condition |
| | | | | $ | 1,200.00 | $ | 800.00 | BlueBird PR22 Power Rake | In good condition |
| | | | | $ | 800.00 | $ | 600.00 | (2) Ryan Ren-O-Thin | In good condition |

| | | | | | |
|---|---|---|---|---|---|
| |  | $ 500.00 | $ 350.00 | Wacker Compactor | In good condition |
| |  | $ 2,500.00 | $ 1,500.00 | (2) Ariens Power Brush 36" Sweeper | In good condition |
| 4 |  | $ 3,500.00 | $ 2,500.00 | Wright Stander X Stand On Riding Mower | 52" Deck - Good condition |
| 58 |  | $ 1,800.00 | $ 1,200.00 | Ferris Zero Turn Riding Mower | 9650 hours - 60" Deck - in good condition |
| |  | $ 550.00 | $ 400.00 | Skid Steer Bucket | In good condition |
| |  | $ 200.00 | $ 100.00 | Fertilizer Spreaders | In good condition |
| 25 |  | $ 4,000.00 | $ 3,000.00 | Scag Advantage Walk Behind Mower | 36" Deck - In good condition |
| |  | $ 850.00 | $ 600.00 | Wacker BS 60-4 Jump Packer | In good condition |
| |  | $ 700.00 | $ 500.00 | Jump Compactor | In good condition |
| 28 |  | $ 4,500.00 | $ 3,500.00 | (2) Scag V Ride Stand On Riding Mower | 48" Deck - In good condition |
| 14 |  | $ 3,000.00 | $ 2,000.00 | Stand On Mower | In good condition |
| |  | $ 200.00 | $ 100.00 | (2) Fertilizer Spreaders | In good condition |
| |  | $ 4,200.00 | $ 3,500.00 | Scag Turf Tiger | In good condition |
| |  | $ 3,500.00 | $ 2,800.00 | Gravely Zero Turn | In good condition |
| 10 |  | $ 4,000.00 | $ 3,300.00 | Scag Turf Tiger | No deck - In fair condition |
| |  | $ 8,000.00 | $ 6,000.00 | (2) Gravely Zero Turns | In fair condition |
| |  | $ 2,500.00 | $ 1,800.00 | Walk Behind 36" Mower | In fair condition |
| |  | $ 3,000.00 | $ 2,000.00 | Scag Tiger Cub | In fair condition |
| |  | $ 7,500.00 | $ 5,000.00 | (3) Scag Mowers | For parts |
| |  | $ 5,000.00 | $ 4,000.00 | Kubota Z 726X Mower | Zero Turn |
| 20 |  | $ 4,000.00 | $ 3,000.00 | Scag Turf Tiger | In fair condition |
| |  | $ 3,000.00 | $ 2,000.00 | Gravely Stand On | In fair condition |

| | | | | | | |
|---|---|---|---|---|---|---|
| |  | $ 4,500.00 | $ 3,000.00 | (3) Scag Walk Behind Mowers | 36" - In fair condition | |
| |  | $ 350.00 | $ 200.00 | Simplicity 1428 Snow Blower | In good condition | |
| |  | $ 3,000.00 | $ 2,000.00 | Kubota Stand On Mower | 42" - In good condition | |
| |  | $ 4,500.00 | $ 3,500.00 | (3) Scag Leaf Collection Systems | In good condition | |
| |  | $ 8,000.00 | $ 7,000.00 | Z Spray Lawn Sprayer | In good condition | |
| |  | $ 400.00 | $ 250.00 | Simplicity 1530L Snow Blower | In fair condition | |
| |  | $ 1,000.00 | $ 500.00 | (20) Snowblowers | For Repair | |
| |  | $ 1,500.00 | $ 1,000.00 | Turo Snow Plow | In good condition | |
| |  | $ 900.00 | $ 700.00 | (1) Ariens 36" - (2) Simplicity Snow Blowers | In good condition | |
| |  | $ 200.00 | $ 150.00 | (2) Hose Reels for Lawn Spraying | In good condition | |
| |  | $ 1,000.00 | $ 800.00 | Power Lawn Roller - (2)Power Washers | In good condition | |
| |  | $ 1,000.00 | $ 750.00 | Hotsy Power Washer | Heated - In good condition | |
| |  | $ 3,500.00 | $ 2,500.00 | (23) Backpack Blowers | Stihl - In good Condition | |
| |  | $ 4,500.00 | $ 3,500.00 | (30) Ariens Snow Throwers | In good condition | |
| |  | $ 500.00 | $ 350.00 | (2) 300 Gallon Plastic Tanks | With pumps and motors - In good condition | |
| |  | $ 1,000.00 | $ 750.00 | Hotsy Power Washer | In fair condition | |
| 19 |  | $ 2,000.00 | $ 1,500.00 | Cargo express pro Series Tandem Axle 8'x20' Enclosed Trailer | Condition poor | |
| |  | $ 2,000.00 | $ 1,700.00 | Scag V Pro | In good condition | |
| |  | $ 3,500.00 | $ 2,500.00 | Ferris IS 3100 Big Block | 3180 hours - Zero Turn - In good condition | |
| |  | $ 1,000.00 | $ 750.00 | Blue Bird Rake - (2) Ryan Reg-O-Thin - Mower Parts | In good condition | |
| |  | $ 7,000.00 | $ 5,500.00 | (2) Gravely Turf 460 Zero Turns - (1) Wright Stand On Zero Turn | In good condition | |
| |  | $ 500.00 | $ 200.00 | Leaf Collection Units | Baggers - In good condition | |

| | | | | | |
|---|---|---|---|---|---|
| | | $ 10,450.00 | $ 9,000.00 | (3) Stihl Weed Trimmers - (1) Kubota Z726X Zero Turn with Bagger | In new condition |
| | | $ 2,000.00 | $ 1,500.00 | (21) Push Mowers - (2) Stihl Weed Trimmers | In fair condition |
| | | $ 150.00 | $ 50.00 | Blade Sharpener and Misc. Blades - Mower Rakes and More | |
| | | $ 4,500.00 | $ 4,000.00 | 2018 Cross Enclosed Trailer | VIN 58E1W2023J1005059 - In good condition |
| | | $ 4,500.00 | $ 4,000.00 | 2018 Cross Enclosed Trailer | VIN 58E1W2027J1005310 - in good condition |
| T21 | | $ 3,000.00 | $ 2,500.00 | 2008 Cargo Express Enclosed Trailer | VIN 4U01C16268A036827 - In fair condition |
| | | $ 2,500.00 | $ 2,000.00 | Cargo Express Enclosed Trailer | In fair condition |
| | | $ 500.00 | $ 400.00 | (2) Wheel Barrows - Stihl Chainsaw - Shovels - Rakes | In good condition |
| | | $ 3,500.00 | $ 2,800.00 | Scag 36 Advantage Walk Behind Mower | In fair condition |
| | | $ 7,500.00 | $ 6,800.00 | (2) Kubota SZ26-61 Ride On Stand Up Zero Turn Mowers | In like new condition |
| | | $ 10,000.00 | $ 8,500.00 | Kubota Z726X with Bagger | 227 hours - with Stihl weed trimmer - Like new condition |
| | | $ 10,000.00 | $ 8,000.00 | (2) Gravely Pro Stance 52 Stand Up Ride Ons | In good condition |
| | | $ 500.00 | $ 400.00 | Large Walk Behind Blower | In good condition |
| | | $ 400.00 | $ 350.00 | (2) Stihl Weed Trimmers | In good condition |
| | | $ 1,000.00 | $ 700.00 | Thatcher - Skag Walk Behind Mower | 32" mower - Baggers - In good condition |
| | | $ 10,000.00 | $ 8,500.00 | Kubota Z726X with Bagger | In like new condition |
| | | $ 2,300.00 | $ 1,700.00 | Wright Stand on Zero Turn | In good condition |
| | | $ 450.00 | $ 400.00 | Large Air Compressor | In good condition |
| | | $ 1,200.00 | $ 900.00 | (2) Stihl Concrete Saws | In poor condition |
| | | $ 1,000.00 | $ 800.00 | Goosen Bale Chopper | With blower and hose - In good condition |
| | | $ 1,200.00 | $ 900.00 | Rayco Trencher | In good condition |
| | | $ 1,000.00 | $ 700.00 | Ariens Hydro Brush | 36" - in good condition |

| | | | | | |
|---|---|---|---|---|---|
| |  | $ 600.00 | $ 450.00 | Scag Leaf Sucker/Blower | In good condition |
| |  | $ 2,500.00 | $ 1,700.00 | Billy Goat Debris Loader | In fair condition |
| |  | $ 10,000.00 | $ 8,500.00 | Bobcat MT 52 Skid Steer | In good condition |
| 7 |  | $ 8,000.00 | $ 7,000.00 | Bobcat S300 Skid Steer | Cab with glass - with bucket - 4970 hours - In good condition |
| 20 |  | $ 12,000.00 | $ 10,000.00 | Bobcat 873 Turbo Skid Steer | No Bucket - 5880 hours - in good condition |
| |  | $ 300.00 | $ 200.00 | Misc. Parts | |
| |  | $ 500.00 | $ 400.00 | (2) Welders - Parts - Supplies - Scag Tiger Mower | In good condition |
| |  | $ 500.00 | $ 400.00 | Wacker BS50-2i Jump Packer - (2) Mowers for Parts | In poor condition |
| |  | $ 1,000.00 | $ 700.00 | Bolt Bins - (4) Mowers for Parts - Rakes and Parts | |
| |  | $ 2,000.00 | $ 1,500.00 | (6) Mowers for Parts | Scag - Ferris - Wright |
| |  | $ 3,000.00 | $ 2,500.00 | Building Supplies - Stihl Post Hole Auger with Powerhead - Tile Saw - 12' Aluminum Brake | In good condition |
| |  | $ 3,500.00 | $ 2,500.00 | Bobcat 3400 4x4 UTV | In poor condition |
| 9 |  | $ 5,000.00 | $ 3,500.00 | Gravely ATLAS JSV 3000 EFI | In poor condition |
| 77 |  | $ 10,000.00 | $ 7,500.00 | 2010 Chevy Silverado | VIN 1GCNKPEA6BZ180691 - 98,000 miles - straight blade plow - In fair condition |
| 6 |  | $ 20,000.00 | $ 17,000.00 | 2013 Chevrolet 2500 HD | 90,000 Miles - VIN 1GC0KVCG7DF214633 - V plow - In good condition |
| 45 |  | $ 6,000.00 | $ 4,000.00 | 2007 Chevrolet 2500 HD | VIN 1GCHK24K98E108975 - 90,700 miles - straight plow - in poor condition |
| 79 |  | $ 17,000.00 | $ 12,000.00 | 2011 Chevrolet Silverado | VIN 1GCNKPE09CZ142249 - 48,500 miles - straight plow - in fair condition |
| 28 |  | $ 18,000.00 | $ 14,000.00 | 2012 Chevrolet 2500 HD | VIN 1GC0KVCG2CF138625 - 69,700 miles - straight plow - in good condition |
| 58 |  | $ 10,000.00 | $ 8,000.00 | 2008 Chevrolet Silverado 2500 HD | 89,300 Miles - VIN 1GCHK24K88E218061 - V Plow - in good condition |
| 3 |  | $ 20,000.00 | $ 17,000.00 | 2013 Chevrolet 2500 HD | 72,000 Miles - VIN 1GC0KVCG7DZ267380 - V Plow - in fair condition |
| 64 |  | $ 20,000.00 | $ 17,000.00 | 2013 Chevrolet Silverado 2500 HD | 97,000 miles - VIN 1GC0KVCG8DZ307093 - V plow - in good condition |
| 49 |  | $ 7,500.00 | $ 6,000.00 | 2007 Chevrolet 2500 HD | 102,000 miles - VIN 1GCHK24K38E123245 - V Plow - In poor condition |

| | | | | | Description |
|---|---|---|---|---|---|
| 20 | | $ | 20,000.00 | $ | 17,000.00 | 2013 Chevrolet 2500 HD | 72,500 miles - VIN 1GC0KVCG9DZ242710 - V plow - In good condition |
| | | $ | 3,000.00 | $ | 2,000.00 | Items In Shed | (10) Wheelbarrows - Rear Tine Roto Tiller - Wacker Compactor - Tar Machine - (4) Tile Saws - Pallet Racking - Champion 37-ton Log Splitter - Had Tools - Hoses - Debris Sucker |
| | | $ | 4,000.00 | $ | 3,000.00 | (5) Western 8' Plows | Straight - in good condition |
| | | $ | 2,200.00 | $ | 1,500.00 | (3) Boss 8' Plows | Straight - in good condition |
| | | $ | 800.00 | $ | 600.00 | 6' Bobcat Hydraulic Straight Blade | In good condition |
| | | $ | 1,000.00 | $ | 800.00 | 8' Bobcat Hydraulic Straight Blade | In good condition |
| | | $ | 15,000.00 | $ | 12,000.00 | (10) Boss V-Plow | 9'2" Power VXT - In good condition |
| | | $ | 800.00 | $ | 500.00 | Snow Dogg MD 68 Plow | In good condition |
| | | $ | 500.00 | $ | 400.00 | Material Bucket | 6' - In good condition |
| T13 | | $ | 2,500.00 | $ | 2,000.00 | Tandem Axle Trailer | VIN 1Z9AA20226V146009 - Flip Up Ramps - Steel Deck - In fair condition |
| | | $ | 1,000.00 | $ | 750.00 | (2) Large Leaf Collection Boxes | In good condition |
| | | $ | 1,000.00 | $ | 800.00 | 8' Utility Trailer | Flip Up Ramps - In fair condition |
| | | $ | 6,000.00 | $ | 4,000.00 | 1997 International 4700 T444E Hydraulic Dump | 364,630 miles - VIN 1HTSLABM4WH518325 - In poor condition |
| | | $ | 5,000.00 | $ | 4,200.00 | Vermeer BC1200 XL Wood Chipper | In fair condition |
| T30 | | $ | 4,000.00 | $ | 3,500.00 | Cargo Express 16' Enclosed Trailer | VIN 4U01C1626AA040849 - Fold Down Door - In fair condition |
| 92 | | $ | 22,000.00 | $ | 18,000.00 | 2009 International Navistar 4300 | VIN 1HTJTSKM99H162749 - w/ Terex High Ranger Boom and Chipper Box - In fair condition |
| | | $ | 6,000.00 | $ | 4,500.00 | Corn Pro Tandem Dually Equipment Trailer | In fair condition |
| 5 | | $ | 20,000.00 | $ | 17,000.00 | 2013 Chevrolet 2500 HD | 75,875 miles - VIN 1GC0KVCG2DF216824 - In good condition |
| | | $ | 5,000.00 | $ | 4,000.00 | Behnke Enterprises Tandem Axle Trailer | Flip Up Ramps - Wood Deck - Heavy Duty - In fair condition |
| 61 | | $ | 5,000.00 | $ | 3,500.00 | 2007 Chevy 3500 HD | 135,500 miles - VIN 1GCHK34K58E113855 - In poor condition |
| | | $ | 2,500.00 | $ | 2,000.00 | Cross Trailer Enclosed Tandem Axle | Missing Tire - In poor condition |

| | | | | | |
|---|---|---|---|---|---|
| | | $ 1,000.00 | $ 600.00 | Small Utility Trailer | In poor condition |
| T18 | | $ 3,500.00 | $ 3,000.00 | Cargo Express Pro Series 8x20' Enclosed Trailer | VIN 4U01C18288A036826 - In poor condition |
| T35 | | $ 4,500.00 | $ 3,800.00 | Heavy Duty Concrete Making Trailer | VIN 1T9BE16267C842367 - With concrete mixer - In poor condition |
| | | $ 1,500.00 | $ 1,200.00 | Large Utility Trailer | In poor condition |
| | | $ 10,000.00 | $ 7,000.00 | 2001 Freightliner FL80 | With HI Ranger Boom -VIN 1FVABWBV42HJ70848 - In poor condition |
| | | $ 3,000.00 | $ 2,000.00 | Large Cargo Mate Trailer | Tandem Axle - 24' - In poor condition |
| | | $ 2,500.00 | $ 2,000.00 | 24' Enclosed Trailer | In poor condition |
| | | $ 1,500.00 | $ 1,000.00 | 12' Utility Trailer | In poor condition |
| | | $ 1,000.00 | $ 800.00 | 8' Utility Trailer | In poor condition |
| | | $ 1,500.00 | $ 1,000.00 | 12' Utility Trailer | In poor condition |
| | | $ 1,500.00 | $ 1,200.00 | 14' Utility Trailer | In poor condition |
| | | $ 2,500.00 | $ 2,000.00 | 20' Utility Trailer | In poor condition |
| | | $ 1,500.00 | $ 800.00 | (3) Small Salt Spreaders | In poor condition |
| | | $ 5,500.00 | $ 4,800.00 | Vermeer Wood Chipper | In fair condition |
| T17 | | $ 3,500.00 | $ 3,000.00 | Cargo Express Single Axle 14' XL Series Enclosed Trailer | VIN 4U01C12117A032776 - Fold Down Door - Side Door - In fair condition |
| T4 | | $ 3,500.00 | $ 3,000.00 | Cargo Mate 22' Single Axle Enclosed Trailer | VIN 5NCHUCM2174N046453 - In poor condition |
| T16 | | $ 3,500.00 | $ 3,000.00 | Cargo Express 16' Enclosed Trailer | VIN 4U01C16209A033355 - In fair condition |
| T3 | | $ 3,000.00 | $ 2,500.00 | Shadow Master 16' Enclosed Trailer | VIN 4U01S16226A028420 - Rear Fold Down Door - In poor condition |
| | | $ 3,500.00 | $ 2,700.00 | Enclosed Trailer | In fair condition |
| | | $ 3,000.00 | $ 2,300.00 | Cross Trailer Enclosed Trailer | In fair condition |
| | | $ 2,500.00 | $ 2,000.00 | Cross Trailer Enclosed Trailer | In fair condition |
| | | $ 1,000.00 | $ 700.00 | 10' Bucket | In good condition |

| | | | | | |
|---|---|---|---|---|---|
| |  | $ 1,000.00 | $ 700.00 | (2) Salt Dogg Salters | Stainless steel - In poor condition |
| |  | $ 3,000.00 | $ 2,500.00 | Bobcat Clamp Bucket | In good condition |
| |  | $ 8,000.00 | $ 7,000.00 | (2) Bobcat Landscape Rake LR6B | In good condition |
| |  | $ 400.00 | $ 350.00 | 6' Bucket | In good condition |
| |  | $ 4,500.00 | $ 3,800.00 | Bobcat SG60 Grinder | SN 233003782 - In good condition |
| |  | $ 4,000.00 | $ 3,500.00 | (2) Bobcat Sweepers | 7' - In good condition |
| |  | $ 500.00 | $ 400.00 | (3) Bobcat Mtg Plates - (1) Bucket | In good condition |
| |  | $ 2,500.00 | $ 2,000.00 | 24" Dia. Auger on Plate | In good condition |
| |  | $ 2,000.00 | $ 1,500.00 | Flail Mower Skid Steer Attachment | In good condition |
| |  | $ 3,500.00 | $ 3,000.00 | Harley  Rake | In good condition |
| |  | $ 2,000.00 | $ 1,800.00 | Trencher | In good condition |
| | | $ 2,000.00 | $ 1,500.00 | Concrete Breaker | In good condition |
| |  | $ 8,000.00 | $ 7,000.00 | (20) Buckets | In good condition |
| | | $ 200.00 | $ 150.00 | Trench or Tree Spade | Small - In good condition |
| |  | $ 1,500.00 | $ 1,000.00 | 36" Da. Auger | In good condition |
| | | $ 600.00 | $ 500.00 | (3) Fork Attachments | In good condition |
| | | $ 250.00 | $ 200.00 | Excavator Bucket | 24" - In good condition |
| | | $ 300.00 | $ 250.00 | 12" Dia. Auger | In good condition |
| |  | $ 3,000.00 | $ 2,500.00 | Bobcat Tree Spade | In good condition |
| |  | $ 3,000.00 | $ 2,200.00 | Salt Dogg Salt Spreader | Stainless steel - In good condition |
| |  | $ 4,500.00 | $ 4,000.00 | Double D Enclosed Tandem Axle Trailer | 18' - In fair condition |
| 67 |  | $ 3,000.00 | $ 2,000.00 | 2007 Chevrolet Van | VIN 1GCGG25B571143346 - Fair Condition |

| | | | | | | |
|---|---|---|---|---|---|---|
| T8 |  | $ | 2,500.00 | $ | 2,000.00 | Tandem Axle Trailer | VIN 1Z9AA20214V146001 - Flip Up Ramps - Steel Deck - In fair condition |
| T24 |  | $ | 3,500.00 | $ | 3,000.00 | Tandem Axle Trailer | VIN 1Z9AA202X8V146030 - Flip Up Ramps - Steel Deck |
| 25 | | | | | | VIN in picture 1GCEK19J57Z609821 was junked on 1/20/20 | Junk |
| |  | $ | 300.00 | $ | 250.00 | Skid Steer Forks | In good condition |
| 33 |  | $ | 7,500.00 | $ | 6,000.00 | 2006 Chevrolet 3500 Truck | VIN 1GBJK34DX6E215222 - Hydraulic Lift Box - running condition unknown - In poor condition |
| T32 |  | $ | 3,000.00 | $ | 2,500.00 | Tandem Axle Trailer | VIN KK647VHZ000221156 - Flip Up Ramps - Needs work - In fair condition |
| 76 |  | $ | 6,500.00 | $ | 5,000.00 | 2010 Chevrolet Silverado 2500 HD | VIN 1GC0KVCG1BF120048 - 78,500 miles - bad condition |
| 11 |  | $ | 5,000.00 | $ | 4,000.00 | 2006 GMC 2500 HD | Bad Condition - VIN 1GTHK29U96E290359 |
| T12 |  | $ | 3,000.00 | $ | 2,500.00 | Tandem Axle Trailer | VIN DJHF820201H101316 - Flip Up Ramps - Steel Deck - In fair condition |
| 62 |  | $ | 5,000.00 | $ | 4,000.00 | 2009 Chevrolet 2500 HD Pickup | Bad Condition - VIN 1GTHK44K39E117135 |
| 51 |  | $ | 10,000.00 | $ | 8,000.00 | 2008 Chevrolet HD 2500 | VIN 1GCHK24K58E142301 - V Plow - Fair Condition - 91,500 miles |
| 39 |  | $ | 6,000.00 | $ | 5,000.00 | 2007 Chevrolet Truck | VIN 1GBJK34K97E557681 - Manual Dump Box - 72,00 Miles - In fair condition |
| 60 |  | $ | 3,000.00 | $ | 2,500.00 | 2003 Chevrolet | VIN 2GCEK19T531180894 - Poor Condition |
| 7 |  | $ | 12,000.00 | $ | 10,000.00 | 2015 Chevrolet Silverado | VIN 1GCVKREC2FZ421875 - 125,500 miles - Big dent in box - In fair condition |
| |  | $ | 1,800.00 | $ | 1,500.00 | Misc. Shop Items | Plastic salter - Tool Box - Tire Balancer - more |
| |  | $ | 1,500.00 | $ | 1,200.00 | Straight Plow - Bucket | In good condition |
| |  | $ | 800.00 | $ | 650.00 | (2) Buckets | In good condition |
| |  | $ | 1,800.00 | $ | 1,500.00 | ScoopDogg Snow Pusher | In good condition |
| 57 |  | $ | 58,000.00 | $ | 53,000.00 | 2020 Chevrolet 3500 HD | Allison Transmission - Duramax - Stainless Steel Manual Dump Box - 220085 Miles - VIN 1GB3YSEY6LF277323 - Excellent Condition |
| 36 |  | $ | 23,000.00 | $ | 20,000.00 | 2013 Chevrolet Silverado | 2 Door - VIN 1GC0KVCG3DZ249152 - w/ Diesel tank and Aluminum Tool Box - V Plow - 114,100 miles - In good condition |

| | | | | | |
|---|---|---|---|---|---|
| 65 |  | $ 21,000.00 | $ 18,000.00 | 2013 Chevrolet 3500 HD C | VIN 1GC3KZCG1EF118275 - V Plow Damaged - In good condition |
| |  | $ 6,500.00 | $ 5,500.00 | (3) Boss V Plows | (2) 8'2" - (1) 9'2" - In good condition |
| |  | $ 18,000.00 | $ 16,000.00 | John Deere 544G Wheel Loader | 15,020 hours - In fair condition |
| |  | $ 8,000.00 | $ 5,000.00 | (2) Bobcat 3650 Diesel UTV | Front Hydraulic - In good condition |
| |  | $ 13,000.00 | $ 11,000.00 | (2) Gravely Atlas JSV 3000 | (1) With salter - In good condition |
| |  | $ 3,500.00 | $ 3,000.00 | Tandem Axle Trailer | Flip Up Ramps - Wood deck - In fair condition |
| B9 |  | $ 24,000.00 | $ 20,000.00 | Bobcat S590 Skid Steer | SN AR9R15195 - 2-Speed - Forks - 1970 hours - In good condition |
| L1 |  | $ 28,000.00 | $ 25,000.00 | Bobcat S650 | SN ALJ815990 - 2-Speed - Snow Bucket - 1802 hours - In good condition |
| |  | $ 1,600.00 | $ 1,300.00 | (2) Snow Buckets | In good condition |
| 74 |  | $ 42,000.00 | $ 37,000.00 | 2006 Ford Sterling Dump Truck | VIN 2FZSAZCKX6AW92761 - In fair condition |
| 32 |  | $ 28,000.00 | $ 25,000.00 | 2016 Chevrolet 3500 HD | 116,300 miles - VIN 1GC0KYEG8GZ114008 - V Plow 9'2" - In good condition |
| 63 |  | $ 30,000.00 | $ 27,000.00 | 2017 Chevrolet Silverado 2500 HD | 84,400 miles - VIN 1GC0KUEG2HZ238639 - V Plow 9'2" - In good condition |
| | | | | | |
| | | $ 2,967,850.00 | | **Total Orderly Liquidation Value** | Effective Date of Valuation: 1/28/22 |
| | | | $ 2,554,500.00 | **Total Forced Liquidation Value** | Keith Killam |

**Fill in this information to identify the case:**

Debtor name    **Maple Leaf, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **3:22-10420-cjf**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **Ally**<br>Creditor's Name<br><br>**P.O. Box 380902**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Trucks, trailers, snow removal equipment, landscaping equipment, etc. as reflected on attached appraisal dated Jan. 28, 2022**<br>**OLV: $2,967,850.00**<br>**FLV: $2,554,500.00** | **$12,000.00** | **$2,967,850.00** |

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**3/26/2019**
Last 4 digits of account number
**5545**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 **Ally**<br>Creditor's Name<br><br>**P.O. Box 380902**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Trucks, trailers, snow removal equipment, landscaping equipment, etc. as reflected on attached appraisal dated Jan. 28, 2022**<br>**OLV: $2,967,850.00**<br>**FLV: $2,554,500.00** | **$12,000.00** | **$2,967,850.00** |

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**3/26/2019**
Last 4 digits of account number

| Debtor | **Maple Leaf, Inc.** | Case number (if known) | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

**0863**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Ally** | **Describe debtor's property that is subject to a lien** | $12,000.00 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**Truck 21 - 2015 Chevy Silverado
VIN 1GCVKREH5FZ358640**

**P.O. Box 380902
Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
3/26/2019**

**Last 4 digits of account number
5541**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally** | **Describe debtor's property that is subject to a lien** | $12,000.00 | $26,000.00 |
|---|---|---|---|---|

Creditor's Name

**Truck 4 - 2015 Chevy
VIN 1GCVKREC8FZ437935**

**P.O. Box 380902
Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
3/26/2019**

**Last 4 digits of account number
4090**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ally** | **Describe debtor's property that is subject to a lien** | $12,000.00 | $12,000.00 |
|---|---|---|---|---|

Creditor's Name

**Truck 7 - 2015 Chevy Silverado
VIN 1GCVKREC2FZ421875**

**P.O. Box 380902
Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Maple Leaf, Inc.** | Case number *(if known)* | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **3/26/2019** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **4094** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Ally** | Describe debtor's property that is subject to a lien | $12,000.00 | $12,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Truck 88 - 2015 Chevy** | | |

| | |
|---|---|
| **P.O. Box 380902** | |
| **Minneapolis, MN 55438** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **3/26/2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **5559** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **Ally** | Describe debtor's property that is subject to a lien | $35,700.00 | $45,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Truck 94 - 2018 Chevy 3500 HD** | | |
| | | **VIN 1GB3KYCY3JF267191** | | |

| | |
|---|---|
| **P.O. Box 380902** | |
| **Minneapolis, MN 55438** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **9/7/2018** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **9553** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Maple Leaf, Inc.** | | Case number (if known) | **3:22-10420-cjf** |
|---|---|---|---|---|
| | Name | | | |

| 2.8 | **AmeriCredit Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $35,400.00 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**dba GM Financial
PO Box 183853
Arlington, TX 76096**
Creditor's mailing address

**Truck 83 - 2020 Silverado 1 ton Dump
VIN 1GB3YTE7XLF244516**

**Describe the lien**
**Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/1/2020**

**Last 4 digits of account number**
**0692**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **AmeriCredit Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $7,500.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**dba GM Financial
PO Box 183853
Arlington, TX 76096**
Creditor's mailing address

**Truck 55 - 2016 Chevy Silverado
VIN 1GC1KXE89GF291966**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/11/2016**

**Last 4 digits of account number**
**7381**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **AmeriCredit Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $3,300.00 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

**dba GM Financial
PO Box 183853
Arlington, TX 76096**
Creditor's mailing address

**Truck 32 - 2016 Chevy Silverado
VIN 1GC0KYEG8GZ114008**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/11/2016**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Maple Leaf, Inc.**

Name

Case number (if known)    **3:22-10420-cjf**

---

**Last 4 digits of account number**
**6571**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **AmeriCredit Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | $13,800.00 | $31,000.00 |
|---|---|---|---|---|

Creditor's Name

**dba GM Financial**
**PO Box 183853**
**Arlington, TX 76096**

Creditor's mailing address

**Truck 30 - 2018 Chevrolet Colorado**
**VIN 1GCHSBEA1J1284034**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/17/2021**

**Last 4 digits of account number**
**7415**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **AmeriCredit Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | $54,000.00 | $58,000.00 |
|---|---|---|---|---|

Creditor's Name

**dba GM Financial**
**PO Box 183853**
**Arlington, TX 76096**

Creditor's mailing address

**Truck 57 - 2020 Chevrolet 3500 HD**
**VIN 1GB3YSEY6LF277323**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/15/2021**

**Last 4 digits of account number**
**2514**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **AmeriCredit Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | $32,800.00 | $33,000.00 |
|---|---|---|---|---|

---

| Debtor | **Maple Leaf, Inc.** | Case number (if known) | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

---

| Creditor's Name | **2019 Red Blazer** | | |
|---|---|---|---|

**dba GM Financial**
**PO Box 183853**
**Arlington, TX 76096**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2/8/2021**

**Last 4 digits of account number**
**2475**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **AmeriCredit Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $64,800.00 | $77,000.00 |
|---|---|---|---|---|

Creditor's Name

**dba GM Financial**
**PO Box 183853**
**Arlington, TX 76096**

Creditor's mailing address

**2021 Chevrolet Tahoe High Country**
**VIN**
**1GNSKTKL4MR234274**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2/8/2021**

**Last 4 digits of account number**
**2486**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **AmeriCredit Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $33,500.00 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**dba GM Financial**
**PO Box 183853**
**Arlington, TX 76096**

Creditor's mailing address

**Truck 89 - 2021 Chevrolet 2500 HD**
**VIN 1GC3YLE71MF112435**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/1/2020**

**Last 4 digits of account number**
**1544**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 6 of 14

| Debtor | **Maple Leaf, Inc.** | Case number (if known) | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 6 | **AmeriCredit Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $27,900.00 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

**dba GM Financial
PO Box 183853
Arlington, TX 76096**

Creditor's mailing address

**Truck 8 - 2020 Truck**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/9/2021**

Last 4 digits of account number
**9885**

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 7 | **BMO Harris Bank N.A.** | Describe debtor's property that is subject to a lien | $83,555.07 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 3040
Cedar Rapids, IA 52406**

Creditor's mailing address

**Truck 73 - 2021 International SBA MV607
VIN 3HAEUMML0NZ258689**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**7/29/2021**

Last 4 digits of account number
**6001**

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 8 | **Citizens One** | Describe debtor's property that is subject to a lien | $17,372.67 | $31,000.00 |
|---|---|---|---|---|

Creditor's Name

**One Citizens Bank Way
Mailstop JCA 115
Johnston, RI 02919**

Creditor's mailing address

**Truck 95 - 2018 Chevy 2500 High Country
Truck
VIN 1GC1KXEY0JF191732**

Describe the lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 14

| Debtor | **Maple Leaf, Inc.** | Case number (if known) | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/10/2018**

**Last 4 digits of account number**
**2714**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **Kubota Credit Corporation, U.S.A.** | Describe debtor's property that is subject to a lien | $74,600.00 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 0559**
**Carol Stream, IL 60132**

Creditor's mailing address

**Kubota Mowers**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/1/2021**

**Last 4 digits of account number**
**3490**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Kubota Credit Corporation, U.S.A.** | Describe debtor's property that is subject to a lien | $112,000.00 | $124,000.00 |
|---|---|---|---|---|

Creditor's Name

**Kubota Skid Loaders:**
**New Kubota SVL 75-2 Skid Steer Tracks PIN KBCZ052CEL1L54811**
**Kubota SVL 75-2 Skid Steer Tracks SN KBCZ021CVL1L15145**

**P.O. Box 0559**
**Carol Stream, IL 60132**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/1/2021**

**Last 4 digits of account number**
**0387**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  8 of 14

| Debtor | **Maple Leaf, Inc.** | Case number (if known) | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2
1**

**Mitsubishi**
Creditor's Name

**21925 Network Place
Chicago, IL 60673-1219**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
6/1/2021**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Truck 84 - 2021 International CV515
VIN 1HTKTSWM4MH265343**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$89,385.00**          **$60,000.00**

---

**2.2
2**

**State of Wisconsin**
Creditor's Name

**Department of Revenue
P.O. Box 8902
Madison, WI 53708-8902**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**Tax warrant / tax lien - unpaid sales taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$159,432.86**          **$0.00**

---

**2.2
3**

**Wells Fargo Bank, N.A.**
Creditor's Name

**dba Wells Fargo Auto
PO Box 130000
Raleigh, NC 27605**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Truck 91 - 2017 Chevy K3S0
 VIN 1GB3KYCG6HZ317081**

Describe the lien

**$12,134.23**          **$35,000.00**

---

Debtor  **Maple Leaf, Inc.**
Name

Case number (if known)  **3:22-10420-cjf**

---

Creditor's email address, if known

**Date debt was incurred**
**7/21/2017**
**Last 4 digits of account number**
**2268**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Wells Fargo Bank, N.A.** | Describe debtor's property that is subject to a lien | $12,082.85 | $34,000.00 |
|---|---|---|---|---|

Creditor's Name
**dba Wells Fargo Auto**
**PO Box 130000**
**Raleigh, NC 27605**
Creditor's mailing address

**Truck 90 - 2017 Chevy K3S0**
**Vin 1GB3KYCG0HZ315780**

Describe the lien

Creditor's email address, if known

**Date debt was incurred**
**7/21/2017**
**Last 4 digits of account number**
**2276**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Wells Fargo Bank, N.A.** | Describe debtor's property that is subject to a lien | $14,600.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name
**dba Wells Fargo Auto**
**PO Box 130000**
**Raleigh, NC 27605**
Creditor's mailing address

**Truck 63 - 2017 Chevy K2S0**
**VIN 1GC0KUEG2HZ238639**

Describe the lien

Creditor's email address, if known

**Date debt was incurred**
**11/15/2017**
**Last 4 digits of account number**
**2231**
**Do multiple creditors have an interest in the same property?**

Is the creditor an insider or related party?
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 14

| Debtor | **Maple Leaf, Inc.** | | Case number *(if known)* | **3:22-10420-cjf** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Wells Fargo Bank, N.A.** | **Describe debtor's property that is subject to a lien** | **$13,078.01** | **$29,000.00** |
|---|---|---|---|---|

Creditor's Name

**dba Wells Fargo Auto
PO Box 130000
Raleigh, NC 27605**

Creditor's mailing address

**Truck 23 - 2018 Chevy K250
VIN 1GC0KUEG7HZ341944**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
11/14/2017
Last 4 digits of account number
3346**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Wells Fargo Vendor Financial Services** | **Describe debtor's property that is subject to a lien** | **$12,500.00** | **$35,000.00** |
|---|---|---|---|---|

Creditor's Name

**1010 Thomas Edison Blvd SW
Attn: Michelle Shulten
Cedar Rapids, IA 52404**

Creditor's mailing address

**S770 Bobcat SN ATF212639**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
1/16/2018
Last 4 digits of account number
2016**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **Wisconsin Bank & Trust** | **Describe debtor's property that is subject to a lien** | **$2,421,108.03** | **$2,967,850.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | Maple Leaf, Inc. | | Case number (if known) | 3:22-10420-cjf |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | Trucks, trailers, snow removal equipment, |
|---|---|
| **c/o Atty. David Van Lieshout** | landscaping equipment, etc. as reflected on attached appraisal dated Jan. 28, 2022 |
| **Van Lieshout Law Office** | **OLV: $2,967,850.00** |
| **122 E. Main Street** | **FLV: $2,554,500.00** |
| **Little Chute, WI 54140** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

□ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $3,402,548.72 |
|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ally Capital**<br>**15303 S. 94th Ave.**<br>**Orland Park, IL 60462** | Line  **2.1** | 3023 |
| **Ally Capital**<br>**15303 S. 94th Ave.**<br>**Orland Park, IL 60462** | Line  **2.2** | |
| **Ally Capital**<br>**15303 S. 94th Ave.**<br>**Orland Park, IL 60462** | Line  **2.3** | |
| **Ally Capital**<br>**15303 S. 94th Ave.**<br>**Orland Park, IL 60462** | Line  **2.4** | |
| **Ally Capital**<br>**15303 S. 94th Ave.**<br>**Orland Park, IL 60462** | Line  **2.5** | |
| **Ally Capital**<br>**15303 S. 94th Ave.**<br>**Orland Park, IL 60462** | Line  **2.6** | |
| **Ally Capital**<br>**15303 S. 94th Ave.**<br>**Orland Park, IL 60462** | Line  **2.7** | |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 12 of 14

| Debtor | **Maple Leaf, Inc.** | Case number (if known) | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

**Ally Payment Processing Center**
P.O. Box 9001948
Louisville, KY 40290-1948

Line __2.1__

---

**Ally Payment Processing Center**
P.O. Box 9001948
Louisville, KY 40290-1948

Line __2.2__

---

**Ally Payment Processing Center**
P.O. Box 9001948
Louisville, KY 40290-1948

Line __2.3__

---

**Ally Payment Processing Center**
P.O. Box 9001948
Louisville, KY 40290-1948

Line __2.4__

---

**Ally Payment Processing Center**
P.O. Box 9001948
Louisville, KY 40290-1948

Line __2.5__

---

**Ally Payment Processing Center**
P.O. Box 9001948
Louisville, KY 40290-1948

Line __2.6__

---

**Ally Payment Processing Center**
P.O. Box 9001948
Louisville, KY 40290-1948

Line __2.7__

---

**GM Financial**
P.O Box 183593
Arlington, TX 76096

Line __2.8__

---

**GM Financial**
P.O. Box 183593
Arlington, TX 76096

Line __2.9__

---

**GM Financial**
P.O Box 183593
Arlington, TX 76096

Line __2.10__

---

**GM Financial**
P.O Box 183593
Arlington, TX 76096

Line __2.11__

---

**GM Financial**
P.O Box 183593
Arlington, TX 76096

Line __2.12__

---

**GM Financial**
P.O Box 183593
Arlington, TX 76096

Line __2.13__

---

**GM Financial**
P.O Box 183593
Arlington, TX 76096

Line __2.14__

---

**GM Financial**
P.O Box 183593
Arlington, TX 76096

Line __2.15__

---

**GM Financial**
P.O Box 183593
Arlington, TX 76096

Line __2.16__

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 13 of 14

Debtor    **Maple Leaf, Inc.**
          Name

Case number (*if known*)    **3:22-10420-cjf**

**Fill in this information to identify the case:**

Debtor name   **Maple Leaf, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN

Case number (if known)   **3:22-10420-cjf**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $217.94 | $217.94 |
| **Analore, Andrew** | ☐ Contingent | | |
| **121 Capitol View, Apt. 5** | ☐ Unliquidated | | |
| **Madison, WI 53713** | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.07 | $160.07 |
| **Howell, Hailey** | ☐ Contingent | | |
| **104 E. Main St.** | ☐ Unliquidated | | |
| **Cobb, WI 53526** | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | ☐ Yes | | |

| Debtor | Maple Leaf, Inc. | Case number (if known) | 3:22-10420-cjf |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,439.35** | **$1,439.35**

**Johnson, Anthony**
**409 S. High Point Rd., #111**
**Madison, WI 53719**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$323.23** | **$127.82**

**Krantz, Mason**
**N9178 Dohm Dr.**
**Belleville, WI 53508**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$136.00** | **$136.00**

**Litchfield, Zoe**
**422 Steil Rd.**
**Highland, WI 53543**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3.69** | **$3.69**

**Neyens, David**
**5301 E. Buckeye Rd.**
**Madison, WI 53716**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Maple Leaf, Inc.** | Case number (if known) | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $474.29 | $474.29 |
|---|---|---|---|---|

**Rios-Sveum, Angel**
**41 Broadhead St.**
**Mazomanie, WI 53560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.66 | $297.66 |
|---|---|---|---|---|

**Stang, Billy**
**123 Water Rd.**
**Mazomanie, WI 53560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.03 | $15.03 |
|---|---|---|---|---|

**Struble, Peter**
**6801 Wittlesey Rd.**
**Middleton, WI 53562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.60 | $102.60 |
|---|---|---|---|---|

**Strunk, Skylar**
**6926 Chester Dr.**
**Madison, WI 53719**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | **Maple Leaf, Inc.** | | Case number *(if known)* | **3:22-10420-cjf** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.09 | $389.09 |
|---|---|---|---|---|

**Zahler, Kyle**
**42 Apple Hill Dr.**
**Blue Mounds, WI 53517**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,592.38 |
|---|---|---|---|

**Advance Auto Parts**
**ADVANCE AUTO PARTS AAP FINANCIAL
SERVICE**
**P.O. BOX 742063**
**Atlanta, GA 30374-2063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alliant Energy/WPL**
**P.O. Box 3062**
**Cedar Rapids, IA 52406-3062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  0000**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.50 |
|---|---|---|---|

**Armstrong, Raphael**
**1314 Loreen Dr.**
**Madison, WI 53711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875.00 |
|---|---|---|---|

**Better Business Bureau of WI**
**10019 W. Greenfield Ave.**
**Milwaukee, WI 53214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,171.19 |
|---|---|---|---|

**Branded Image**
**211 East Verona Ave.**
**Verona, WI 53593**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Maple Leaf, Inc.** | | Case number *(if known)* | **3:22-10420-cjf** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brown, Freddie**
**1902 Pike Dr., #7**
**Madison, WI 53713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,770.00** |
|---|---|---|---|

**Capitol Lawn Sprinkler Inc.**
**636 S. Nine Mound Road**
**Verona, WI 53593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dampier, Sarah**
**315 W. Fourth St.**
**Richland Center, WI 53581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.48** |
|---|---|---|---|

**Deal, Jason**
**502 4th Ave.**
**Hollandale, WI 53544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.94** |
|---|---|---|---|

**Dohrn, John**
**1506 N. 3rd St.**
**Clinton, IA 52732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elliott, Bradley**
**6140S Kensington Ave.**
**La Grange, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,517.75** |
|---|---|---|---|

**Fabick Rents**
**John Fabick Tractor Co.**
**P.O. Box 956362**
**Saint Louis, MO 63195-6362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Maple Leaf, Inc.** | Case number (if known) | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,535.77** |
|---|---|---|---|

**Fargen, Ethan**
309 S. Iowa St.
Dodgeville, WI 53533

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,970.00** |
|---|---|---|---|

**Federated Insurance**
P.O. Box 95231
Chicago, IL 60694-5231

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Friederich, Christina**
506 Jamie St., #5
Dodgeville, WI 53533

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,011.75** |
|---|---|---|---|

**General Communications, Inc.**
2880 Commerce Park Dr.
Madison, WI 53719

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$925.87** |
|---|---|---|---|

**GFL Envionmental**
300 Raemisch Road
Waunakee, WI 53597

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,330.68** |
|---|---|---|---|

**GHC-SCW**
P.O. Box 88619
Milwaukee, WI 53288-0619

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$315.70** |
|---|---|---|---|

**Hackney, Cameron**
4536 Golf Dr.
Windsor, WI 53598

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Maple Leaf, Inc.** | | Case number *(if known)* | **3:22-10420-cjf** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hammersley, Carson**
**5810 Wisconsin St.**
**Mc Farland, WI 53558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hanson, Robert**
**2159 Cty. Rd. Y, #12**
**Dodgeville, WI 53533**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,007.57** |
|---|---|---|---|

**Hatch Building Supply**
**5601 Manufacturers Drive**
**Madison, WI 53704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Heartland Pergolas**
**21060 Holden Drive**
**Davenport, IA 52806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$210.06** |
|---|---|---|---|

**Heumann, Zack**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$169.20** |
|---|---|---|---|

**Hill, Phil**
**305 Scott St.**
**Hollandale, WI 53544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,009.96** |
|---|---|---|---|

**Insight FS**
**222 E Puerner Street**
**PO Box 359**
**Jefferson, WI 53549-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Maple Leaf, Inc.** | Case number (if known) | **3:22-10420-cjf** |
|---|---|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jauch, Matthew**
**3552 Valley Ridge Rd.**
**Middleton, WI 53562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14.02** |
|---|---|---|---|

**Juedes, Kyle**
**823 Washington St.**
**Darlington, WI 53530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$246.88** |
|---|---|---|---|

**Kleist, Ashley**
**S7559 US Hwy. 12, Apt. L-17**
**North Freedom, WI 53951**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Laschiava, Brandon**
**1406 Droster Rd.**
**Madison, WI 53716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lee, Gregory**
**4725 Hayes Rd.**
**Madison, WI 53704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$144.93** |
|---|---|---|---|

**Liegel, Chadd**
**993 Harper Dr.**
**Verona, WI 53593**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.44** |
|---|---|---|---|

**Long, Roger**
**2969 Main St.**
**P.O. Box 133**
**Blue Mounds, WI 53517**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Maple Leaf, Inc.** | Case number (if known) | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Martinez, Samuel**
**654 McKinley Ave.**
**Beloit, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360.00** |
|---|---|---|---|

**McCormick, Chuck**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$270.00** |
|---|---|---|---|

**McCormick, Cody**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$105.45** |
|---|---|---|---|

**Micron**
**2998 Syene Rd.**
**Madison, WI 53713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$496.59** |
|---|---|---|---|

**Mid-West Family Madison**
**730 Rayovac Dr.**
**Madison, WI 53711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mitchell, Clyde**
**3762 Cty. Rd. Z**
**Dodgeville, WI 53533**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16.24** |
|---|---|---|---|

**Mora, David**
**2429 Parker Place**
**Madison, WI 53713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Maple Leaf, Inc.** | Case number *(if known)* | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Owen, Sean**
**501 14th Ave.**
**New Glarus, WI 53574**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.92**

**Palmer, Andrew**
**32 Heritage Cir., Apt. 10**
**Madison, WI 53711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111.06**

**Parrish, Marcus**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Patton, Julius**
**540 W. Olin Ave.**
**Madison, WI 53715**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,156.20**

**Pauls Turf**
**5146 Ridge Road**
**Marshall, WI 53559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.43**

**Peregrino, Javier**
**3309 Leopold Way, Apt. 206**
**Madison, WI 53713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,442.36**

**Pomps Tire**
**Attn: AR Department**
**P.O. Box 88697**
**Milwaukee, WI 53288-8697**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 10 of 13

| Debtor | **Maple Leaf, Inc.** | Case number (if known) | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,455.35** |
|---|---|---|---|

**Purchase Power**
P.O. Box 371874
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$661.36** |
|---|---|---|---|

**Reeves, Cody**
**301 Doty St., Apt. A**
**Mineral Point, WI 53565**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.65** |
|---|---|---|---|

**Ripp, Joseph**
**1333 Twin Bridge Rd.**
**Mineral Point, WI 53565**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$181.80** |
|---|---|---|---|

**Rohloff, Quinten**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$280.50** |
|---|---|---|---|

**Salgado, Lesly**
**1841 Range Tr.**
**Verona, WI 53593**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schoener, Robert**
**203 W. Warehouse St.**
**Muscoda, WI 53573**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Society Insurance**
P.O. Box 1237
**Fond Du Lac, WI 54936-1237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Maple Leaf, Inc.** | Case number *(if known)* | **3:22-10420-cjf** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Strunk, Skylar**
**6926 Chester Dr.**
**Madison, WI 53719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145.40** |
|---|---|---|---|

**Stuber, Wolfgang**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,182.77** |
|---|---|---|---|

**TDS Telecom**
**P.O. Box 94510**
**Palatine, IL 60094-4510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,623.19** |
|---|---|---|---|

**UniFirst Corporation**
**W136 N4863 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,990.00** |
|---|---|---|---|

**University Sports Publications**
**6666 Odana Rd.**
**Madison, WI 53719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$107.90** |
|---|---|---|---|

**Wilson, John**
**1806 Fisher St., #1**
**Madison, WI 53713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$463.73** |
|---|---|---|---|

**Zell, Andrew**
**1313 Perimeter Rd.**
**Mount Horeb, WI 53572**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

Debtor    **Maple Leaf, Inc.**
_____
  Name

Case number (if known)    **3:22-10420-cjf**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 3,558.95 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 173,876.97 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 177,435.92 |

**Fill in this information to identify the case:**

Debtor name **Maple Leaf, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **3:22-10420-cjf**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for shop, office and surrounding lots and land.** | |
| | State the term remaining | **Dec. 31, 2030** | |
| | List the contract number of any government contract | | **Grant Properties, LLC 7589 Bobcat Lane Verona, WI 53593** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **2021 Komatsu WA 270 Wheel Loader (2)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Komatsu Financial P.O. Box 99303 Chicago, IL 60693-9303** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lawn maintenance and snow removal services** | |
| | State the term remaining | | **Tamarack Trails Community Services Assoc c/o Atty. Lydia J. Chartre Husch Blackwell 33 East Main Street Suite 300 Madison, WI 53701** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment leases 2015 Bobcat S590 (3) 2016 Bobcat S595 2016 Bobcat S650 (3) 2016 Bobcat 3650 (2)** | |
| | State the term remaining | **Varies** | **Wells Fargo Vendor Financial Services 1010 Thomas Edison Blvd SW Attn: Michelle Shulten Cedar Rapids, IA 52404** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Maple Leaf, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **3:22-10420-cjf**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Grant Properties, LLC** | **7589 Bobcat Lane Verona, WI 53593 Owns property mortgaged as collateral** | **Wisconsin Bank & Trust** | ■ D    **2.28**  ☐ E/F _____  ☐ G _____ |
| 2.2 **Joel and Jamie Grant** | **7589 Bobcat Lane Verona, WI 53593 Co-borrower** | **Wisconsin Bank & Trust** | ■ D    **2.28**  ☐ E/F _____  ☐ G _____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name **Maple Leaf, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known) **3:22-10420-cjf**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:** **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,229,387.23** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$6,381,524.73** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$6,049,373.89** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

---

| Debtor | **Maple Leaf, Inc.** | | | | Case number *(if known)* **3:22-10420-cjf** |

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See Line 30** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **Wisconsin Bank & Trust vs. Maple Leaf, Inc. et al**<br>**22 CV 456** | **Money judgment, replevin, foreclosure** | **Dane County Circuit Court**<br>**215 S Hamilton St Ste 1000**<br>**Madison, WI 53703** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | **Maple Leaf, Inc.** | Case number *(if known)* | **3:22-10420-cjf** |

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

□ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Theft of the following equipment: 8 Stihl BP600 Backpack Blowers 5 Stihl string trimmers 1 Stihl brick chopsaw 1 Chevrolet truck box for 2015 or newer** | **None** | | **$0.00** |

---

**Part 6:**  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **DeWitt LLP<br>Two E. Mifflin Street, Ste. 600<br>Madison, WI 53703** | **Attorney Fees<br>Includes pre-filing analysis and negotiation with bank regarding forbearance agreement** | **3/25/2022 - $21,428<br>3/23/2022 - $2,054<br>2/21/2022 - $4,845.50** | **$28,327.50** |
| | Email or website address<br>**ces@dewittllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

| Debtor | **Maple Leaf, Inc.** | Case number *(if known)* **3:22-10420-cjf** |
|---|---|---|

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Various auction bidders** | **Vehicles and Equipment sold in auction<br>All net proceeds paid to Wisconsin Bank<br>& Trust** | **04/09/2020** | **$58,272.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.2. | **International Development<br>Services<br>7900 East Union Ave., #1100<br>Denver, CO 80237** | **Approximately $340,000 in fees paid to<br>consultant for services** | **Beginning Jan.<br>2020** | **Unknown** |
| | Relationship to debtor<br>**Former financial consultant** | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☑ No Go to Part 10.
   ☐ Yes. Fill in below:

| Debtor | **Maple Leaf, Inc.** | Case number *(if known)* | **3:22-10420-cjf** |
|---|---|---|---|

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Joel Grant**<br>**7589 Bobcat Lane**<br>**Verona, WI 53593** | **Maple Leaf, Inc.**<br>**2416 Spring Rose Road**<br>**Verona, WI 53593** | **3 Chevrolet Trucks**<br>**2 pressure washers**<br>**3 chainsaws**<br>**2 Backpack blowers**<br>**1 string trimmer** | **$0.00** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Mike McClellan** | **Maple Leaf, Inc.**<br>**2416 Spring Rose Road**<br>**Verona, WI 53593** | **Electric UTV** | **$0.00** |

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Maple Leaf, Inc.** | Case number *(if known)* | **3:22-10420-cjf** |
|---|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Reilly Penner & Benton**<br>**6411 Mineral Point Road**<br>**Madison, WI 53705** | |
| 26a.2. | **International Development Services**<br>**7900 East Union Ave., #1100**<br>**Denver, CO 80237** | **2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Debtor | **Maple Leaf, Inc.** | Case number *(if known)* | **3:22-10420-cjf** |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **State Bank of Cross Plains**
**1205 Main Street**
**Cross Plains, WI 53528**

26d.2.  **U.S. Bank**
**P.O. Box 851001**
**Dallas, TX 75285-1001**

26d.3.  **Huntington Bank**
**106 S. Main St.**
**Jefferson, WI 53549**

26d.4.  **Old National Bank**
**P.O. Box 718**
**Evansville, IN 47705**

26d.5.  **Fidelity Mutual**
**P.O. Box 770001**
**Cincinnati, OH 45277-0002**

26d.6.  **Waukesha State Bank**
**P.O. Box 648**
**Waukesha, WI 53187-0648**

26d.7.  **Oak Bank**
**5951 McKee Road, Suite 100**
**Fitchburg, WI 53719**

26d.8.  **Capital Dude, LLC**
**79 E Madison Ave**
**17th Floor**
**New York, NY 10016**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

| Debtor | **Maple Leaf, Inc.** | Case number *(if known)* **3:22-10420-cjf** |

loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Grant Properties, LLC**<br>**7589 Bobcat Lane**<br>**Verona, WI 53593** | **$137,050.00 Rent** | | |
| | Relationship to debtor<br>**Affiliate** | | | |
| 30.2. | **Grant, Jamie**<br>**7589 Bobcat Lane**<br>**Verona, WI 53593** | **$17,000 Rent for Grant Properties, LLC** | | |
| | Relationship to debtor<br>**Owner** | | | |
| 30.3 | **Grant, Joel**<br>**7589 Bobcat Lane**<br>**Verona, WI 53593** | **$95,614.71 Payroll** | | |
| | Relationship to debtor<br>**Owner** | | | |
| 30.4 | **Grant, Jamie**<br>**7589 Bobcat Lane**<br>**Verona, WI 53593** | **$60,327.94 Payroll** | | |
| | Relationship to debtor<br>**Owner** | | | |
| 30.5 | **Grant, Joel**<br>**7589 Bobcat Lane**<br>**Verona, WI 53593** | **$3,642.55 Insurance** | | |
| | Relationship to debtor<br>**Owner** | | | |
| 30.6. | **Grant, Joel and Jamie**<br>**7589 Bobcat Lane**<br>**Verona, WI 53593** | **$79,405.34 Officer Draws** | | |
| | Relationship to debtor<br>**Owners** | | | |
| 30.7. | **Grant Minor Children** | **$7,120.44 Payroll** | | |
| | Relationship to debtor<br>**Children** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

| Debtor | **Maple Leaf, Inc.** | Case number *(if known)* | **3:22-10420-cjf** |

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April  8, 2022**

**/s/ Joel Grant**                                          **Joel Grant**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

■ Yes

MAPLE LEAF INC.
Transaction List by Vendor
December 25, 2021 through March 25, 2022

| Recipient | Form | Date | Account Number | Account Drawn From | Cashed | | Amount Paid |
|---|---|---|---|---|---|---|---|
| **ALLY** | | | | | | | |
| Payment Processing Center | Check | 01/31/2022 | ACCT# 611927449553 | 1015 · Old National Payroll Account | √ | -SPLIT- | 2,372.44 |
| P.O Box 9001948 | Check | 01/31/2022 | ACCT# 611928420863 | 1015 · Old National Payroll Account | √ | -SPLIT- | 707.26 |
| Louisville, KY 40290-1948 | Check | 01/31/2022 | ACCT# 611928815541 | 1015 · Old National Payroll Account | √ | -SPLIT- | 1,263.44 |
| | Check | 01/31/2022 | ACCT# 611929014090 | 1015 · Old National Payroll Account | √ | -SPLIT- | 1,306.38 |
| | Check | 01/31/2022 | ACCT# 611929014094 | 1015 · Old National Payroll Account | √ | -SPLIT- | 1,306.38 |
| | Check | 01/31/2022 | ACCT# 611926815559 | 1015 · Old National Payroll Account | √ | -SPLIT- | 1,336.74 |
| | Check | 01/31/2022 | ACCT# 611928815545 | 1015 · Old National Payroll Account | √ | -SPLIT- | 1,299.52 |
| | Check | 03/09/2022 | ACCT# 611927449553 | 1015 · Old National Payroll Account | | -SPLIT- | 1,131.83 |
| | Check | 03/09/2022 | ACCT# 611928815559 | 1015 · Old National Payroll Account | | -SPLIT- | 583.46 |
| | Check | 03/09/2022 | ACCT# 611929014094 | 1015 · Old National Payroll Account | | -SPLIT- | 570.26 |
| | Check | 03/09/2022 | ACCT# 611929014090 | 1015 · Old National Payroll Account | | -SPLIT- | 570.26 |
| | Check | 03/09/2022 | ACCT# 611928815541 | 1015 · Old National Payroll Account | | -SPLIT- | 551.58 |
| | Check | 03/09/2022 | ACCT# 61192840863 | 1015 · Old National Payroll Account | | -SPLIT- | 537.78 |
| | Check | 03/09/2022 | ACCT# 611928815545 | 1015 · Old National Payroll Account | | -SPLIT- | 567.28 |
| | | | | | | **Total** | **14,104.61** |
| **AMERICAN FUNDS INVESTMENT** | | | | | | | |
| | Check | 01/10/2022 | | 1015 · Old National Payroll Account | √ | 6055 · RETIREMENT EXPENSE | 1,090.02 |
| | Check | 02/04/2022 | | 1015 · Old National Payroll Account | √ | 6055 · RETIREMENT EXPENSE | 1,270.06 |
| | Check | 02/04/2022 | | 1015 · Old National Payroll Account | √ | 6055 · RETIREMENT EXPENSE | 1,295.97 |
| | Check | 02/04/2022 | | 1015 · Old National Payroll Account | √ | 6055 · RETIREMENT EXPENSE | 927.75 |
| | Check | 03/09/2022 | | 1015 · Old National Payroll Account | | 6055 · RETIREMENT EXPENSE | 1,002.86 |
| | Check | 03/09/2022 | | 1015 · Old National Payroll Account | | 6055 · RETIREMENT EXPENSE | 1,020.18 |
| | Check | 03/09/2022 | | 1015 · Old National Payroll Account | | 6055 · RETIREMENT EXPENSE | 996.72 |
| | | | | | | **Total** | **7,603.56** |
| **BOBCAT OF MADISON INC** | | | | | | | |
| | Bill Pmt -Check | 12/31/2021 | | 1015 · Old National Payroll Account | √ | 2000 · AccountPayable | 2,000.00 |
| | Bill Pmt -Check | 01/27/2022 | | 1015 · Old National Payroll Account | √ | 2000 · AccountPayable | 6,547.40 |
| | | | | | | **Total** | **8,547.40** |
| **CAPITAL DUDE** | | | | | | | |
| | Check | 12/27/2021 | | 1015 · Old National Payroll Account | √ | Horizon Funding | 1,233.00 |
| | Check | 12/28/2021 | | 1015 · Old National Payroll Account | √ | Horizon Funding | 1,233.00 |
| | Check | 12/28/2021 | | 1015 · Old National Payroll Account | √ | Horizon Funding | 1,233.00 |
| | Check | 12/30/2021 | | 1015 · Old National Payroll Account | √ | Horizon Funding | 1,233.00 |
| | Check | 12/31/2021 | | 1015 · Old National Payroll Account | √ | Horizon Funding | 1,233.00 |
| | Check | 01/03/2022 | | 1015 · Old National Payroll Account | √ | Horizon Funding | 1,233.00 |
| | Check | 01/04/2022 | | 1015 · Old National Payroll Account | √ | Horizon Funding | 1,233.00 |
| | Check | 01/05/2022 | | 1015 · Old National Payroll Account | √ | Horizon Funding | 1,233.00 |
| | Check | 01/06/2022 | | 1015 · Old National Payroll Account | √ | Horizon Funding | 1,233.00 |
| | Check | 01/07/2022 | | 1015 · Old National Payroll Account | √ | Horizon Funding | 1,233.00 |
| | Check | 01/10/2022 | | 1015 · Old National Payroll Account | √ | Horizon Funding | 1,233.00 |
| | Check | 01/11/2022 | | 1015 · Old National Payroll Account | √ | Horizon Funding | 1,233.00 |
| | Check | 01/12/2022 | | 1015 · Old National Payroll Account | √ | Horizon Funding | 1,233.00 |

**MAPLE LEAF INC.**
**Transaction List by Vendor**
**December 25, 2021 through March 25, 2022**

| | | | | | | |
|---|---|---|---|---|---|---|
| Check | 01/12/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 01/14/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 01/18/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 01/19/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 01/21/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 01/24/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 01/25/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 01/26/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 01/27/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 01/28/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 01/31/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/01/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/02/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/03/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/04/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/07/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/08/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/09/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/10/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/11/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/14/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/15/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/16/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/17/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/18/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/22/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/23/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/24/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/25/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 02/28/2022 | 1015 · Old National Payroll Account | √ | Horizon Funding | | 1,233.00 |
| Check | 03/01/2022 | 1015 · Old National Payroll Account | | Horizon Funding | | 1,233.00 |
| Check | 03/02/2022 | 1015 · Old National Payroll Account | | Horizon Funding | | 1,233.00 |
| Check | 03/03/2022 | 1015 · Old National Payroll Account | | Horizon Funding | | 1,233.00 |
| Check | 03/04/2022 | 1015 · Old National Payroll Account | | Horizon Funding | | 1,233.00 |
| Check | 03/07/2022 | 1015 · Old National Payroll Account | | Horizon Funding | | 1,233.00 |
| Check | 03/08/2022 | 1015 · Old National Payroll Account | | Horizon Funding | | 1,233.00 |
| Check | 03/09/2022 | 1015 · Old National Payroll Account | | Horizon Funding | | 1,233.00 |
| | | | | | **Total** | **61,650.00** |

**CAPITAL ONE**

| | | | | | | |
|---|---|---|---|---|---|---|
| Check | 01/18/2022 | 1015 · Old National Payroll Account | √ | 2256 · Credit Crd - Capital One | | 1,500.00 |
| Check | 02/04/2022 | 1015 · Old National Payroll Account | √ | 2256 · Credit Crd - Capital One | | 2,500.00 |
| Check | 02/24/2022 | 1015 · Old National Payroll Account | √ | 2256 · Credit Crd - Capital One | | 1,000.00 |
| Check | 03/04/2022 | 1015 · Old National Payroll Account | | 2256 · Credit Crd - Capital One | | 3,000.00 |
| | | | | | **Total** | **8,000.00** |

**CAPITOL LAWN SPRINKLER, INC.**

MAPLE LEAF INC.
Transaction List by Vendor
December 25, 2021 through March 25, 2022

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | 03/14/2022 |  |  |  |  | 28,590.00 |
|  |  | 03/24/2022 |  |  |  |  | 19,000.00 |
|  |  | 03/24/2022 |  |  |  |  | 6,000.00 |
|  |  |  |  |  |  | **Total** | **53,590.00** |
| **CHASE CARD SERVICES** |  |  |  |  |  |  |  |
|  | Check | 12/27/2021 |  | 1015 · Old National Payroll Account | √ | 2260 · Chase #6575 | 5,000.00 |
|  | Check | 01/03/2022 |  | 1015 · Old National Payroll Account | √ | 2260 · Chase #6575 | 3,600.00 |
|  | Check | 01/04/2022 |  | 1015 · Old National Payroll Account | √ | 2265 · Chase -Sapphire(8430) | 4,500.00 |
|  | Check | 01/07/2022 |  | 1015 · Old National Payroll Account | √ | 2260 · Chase #6575 | 4,000.00 |
|  | Check | 01/07/2022 |  | 1015 · Old National Payroll Account | √ | 2265 · Chase -Sapphire(8430) | 4,200.00 |
|  | Check | 01/10/2022 |  | 1015 · Old National Payroll Account | √ | 2260 · Chase #6575 | 3,000.00 |
|  | Check | 01/12/2022 |  | 1015 · Old National Payroll Account | √ | 2260 · Chase #6575 | 6,500.00 |
|  | Check | 01/18/2022 |  | 1015 · Old National Payroll Account | √ | 2265 · Chase -Sapphire(8430) | 2,500.00 |
|  | Check | 01/18/2022 |  | 1015 · Old National Payroll Account | √ | 2260 · Chase #6575 | 5,500.00 |
|  | Check | 01/27/2022 |  | 1015 · Old National Payroll Account | √ | 2265 · Chase -Sapphire(8430) | 2,000.00 |
|  | Check | 01/27/2022 |  | 1015 · Old National Payroll Account | √ | 2265 · Chase -Sapphire(8430) | 2,000.00 |
|  | Check | 01/27/2022 |  | 1015 · Old National Payroll Account | √ | 2260 · Chase #6575 | 10,000.00 |
|  | Check | 02/01/2022 |  | 1015 · Old National Payroll Account | √ | 2260 · Chase #6575 | 4,500.00 |
|  | Check | 02/04/2022 |  | 1015 · Old National Payroll Account | √ | 2265 · Chase -Sapphire(8430) | 2,000.00 |
|  | Check | 02/08/2022 |  | 1015 · Old National Payroll Account | √ | 2265 · Chase -Sapphire(8430) | 3,000.00 |
|  | Check | 02/10/2022 |  | 1015 · Old National Payroll Account | √ | 2260 · Chase #6575 | 8,296.22 |
|  | Check | 02/14/2022 |  | 1015 · Old National Payroll Account | √ | 2265 · Chase -Sapphire(8430) | 2,500.00 |
|  | Check | 02/17/2022 |  | 1015 · Old National Payroll Account | √ | 2265 · Chase -Sapphire(8430) | 2,500.00 |
|  | Check | 02/22/2022 |  | 1015 · Old National Payroll Account | √ | 2265 · Chase -Sapphire(8430) | 5,200.00 |
|  | Check | 02/22/2022 |  | 1015 · Old National Payroll Account | √ | 2260 · Chase #6575 | 5,600.00 |
|  | Check | 02/23/2022 |  | 1015 · Old National Payroll Account | √ | 2260 · Chase #6575 | 6,000.00 |
|  | Check | 02/25/2022 |  | 1015 · Old National Payroll Account | √ | 2260 · Chase #6575 | 3,000.00 |
|  | Check | 03/01/2022 |  | 1015 · Old National Payroll Account |  | 2260 · Chase #6575 | 3,000.00 |
|  | Check | 03/03/2022 |  | 1015 · Old National Payroll Account |  | 2265 · Chase -Sapphire(8430) | 3,500.00 |
|  | Check | 03/08/2022 |  | 1015 · Old National Payroll Account |  | 2260 · Chase #6575 | 5,000.00 |
|  | Check | 03/11/2022 |  | 1015 - Old National Payroll Account |  | 2260 - Chase #6576 | 6,000.00 |
|  |  |  |  |  |  | **Total** | **112,896.22** |
| **DOUBLE D SERVICES INC.** |  |  |  |  |  |  |  |
|  | Check | 01/12/2022 |  | 1015 · Old National Payroll Account | √ | 6860 · Vehicle/Truck Maint & Repairs | 4,354.58 |
|  | Check | 01/31/2022 |  | 1015 · Old National Payroll Account | √ | 6170 · Equipment Repairs & Maintenance | 199.57 |
|  | Check | 02/16/2022 |  | 1015 · Old National Payroll Account | √ | 6170 · Equipment Repairs & Maintenance | 1,768.30 |
|  | Bill Pmt -Check | 03/07/2022 |  | 1015 · Old National Payroll Account |  | 2000 · AccountPayable | 500.48 |
|  |  |  |  |  |  | **Total** | **6,822.93** |
| **GENERAL COMMUNICATIONS, INC** |  |  |  |  |  |  |  |
|  | Bill Pmt -Check | 02/11/2022 |  | 1015 · Old National Payroll Account | √ | 2000 · AccountPayable | 3,035.25 |
|  | Bill Pmt -Check | 03/07/2022 |  | 1015 · Old National Payroll Account | √ | 2000 · AccountPayable | 5,058.75 |
|  |  |  |  |  |  | **Total** | **8,094.00** |
| **GHC-SCW** |  |  |  |  |  |  |  |
|  | Bill Pmt -Check | 02/14/2022 | ACCT# 7716000 | 1015 · Old National Payroll Account | √ | 2000 · AccountPayable | 9,236.66 |

**MAPLE LEAF INC.**
**Transaction List by Vendor**
**December 25, 2021 through March 25, 2022**

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 9,350.66 |
|  |  |  |  |  |  | Total | 18,587.32 |
| **GM FINANCIAL** |  |  |  |  |  |  |  |
|  | Check | 01/31/2022 | ACCT# 211037120692 | 1015 · Old National Payroll Account | √ | -SPLIT- | 957.85 |
|  | Check | 01/31/2022 | ACCT# 211048617415 | 1015 · Old National Payroll Account | √ | -SPLIT- | 571.92 |
|  | Check | 01/31/2022 | ACCT# 211044372475 | 1015 · Old National Payroll Account | √ | -SPLIT- | 1,398.80 |
|  | Check | 01/31/2022 | ACCT# 211044222514 | 1015 · Old National Payroll Account | √ | -SPLIT- | 2,203.64 |
|  | Check | 01/31/2022 | ACCT# 211044372486 | 1015 · Old National Payroll Account | √ | -SPLIT- | 2,582.30 |
|  | Check | 01/31/2022 | ACCT# 211044999885 | 1015 · Old National Payroll Account | √ | -SPLIT- | 1,177.70 |
|  | Check | 01/31/2022 | ACCT# 211042951544 | 1015 · Old National Payroll Account | √ | -SPLIT- | 1,504.26 |
|  | Check | 01/31/2022 | ACCT# 211000186571 | 1015 · Old National Payroll Account | √ | 2594 · GM Payable 2110000186571 | 516.46 |
|  | Check | 03/08/2022 | ACCT# 211044999885 | 1015 · Old National Payroll Account |  | -SPLIT- | 1,267.70 |
|  | Check | 03/08/2022 | ACCT# 211044222514 | 1015 · Old National Payroll Account |  | -SPLIT- | 2,313.64 |
|  | Check | 03/08/2022 | ACCT# 211048617415 | 1015 · Old National Payroll Account |  | -SPLIT- | 641.92 |
|  | Check | 03/08/2022 | ACCT# 211000186571 | 1015 · Old National Payroll Account |  | -SPLIT- | 1,729.38 |
|  | Check | 03/08/2022 | ACCT# 211000187381 | 1015 · Old National Payroll Account |  | -SPLIT- | 1,041.10 |
|  | Check | 03/08/2022 | ACCT# 211000187381 | 1015 · Old National Payroll Account |  | -SPLIT- | 2,072.20 |
|  | Check | 03/08/2022 | ACCT# 211042951544 | 1015 · Old National Payroll Account |  | -SPLIT- | 1,584.26 |
|  | Check | 03/08/2022 | ACCT# 211044372486 | 1015 · Old National Payroll Account |  | -SPLIT- | 1,311.15 |
|  | Check | 03/08/2022 | ACCT# 211044372486 | 1015 · Old National Payroll Account |  | -SPLIT- | 2,682.20 |
|  | Check | 03/08/2022 | ACCT# 211044372475 | 1015 · Old National Payroll Account |  | -SPLIT- | 2,208.20 |
|  | Check | 03/08/2022 | ACCT# 211037120692 | 1015 · Old National Payroll Account |  | -SPLIT- | 1,945.70 |
|  |  |  |  |  |  | Total | 29,710.38 |
| **GRANT COUNTY TRUCK BODIES LLC** |  |  |  |  |  |  |  |
|  | Bill Pmt -Check | 01/26/2022 |  | 1015 · Old National Payroll Account | √ | 2000 · AccountPayable | 6,137.96 |
|  | Bill Pmt -Check | 03/08/2022 |  | 1015 · Old National Payroll Account |  | 2000 · AccountPayable | 9,617.11 |
|  |  |  |  |  |  | Total | 15,755.07 |
| **GRANT PROPERTIES** |  |  |  |  |  |  |  |
|  | Check | 01/25/2022 | PARTIAL RENT | 1015 · Old National Payroll Account | √ | 7300 · Rent | 2,000.00 |
|  | Check | 01/26/2022 | PARTIAL RENT | 1022 · Old National Checking Account | √ | 7300 · Rent | 3,000.00 |
|  | Check | 02/02/2022 | PARTIAL RENT | 1022 · Old National Checking Account |  | 7300 · Rent | 5,000.00 |
|  | Check | 02/08/2022 | PARTIAL RENT | 1015 · Old National Payroll Account | √ | 7300 · Rent | 5,000.00 |
|  | Check | 02/15/2022 | PARTIAL RENT | 1022 · Old National Checking Account |  | 7300 · Rent | 3,000.00 |
|  | Check | 02/18/2022 | PARTIAL RENT | 1015 · Old National Payroll Account | √ | 7300 · Rent | 2,000.00 |
|  | Check | 03/04/2022 | PARTIAL RENT | 1015 · Old National Payroll Account |  | 7300 · Rent | 3,000.00 |
|  |  |  |  |  |  | Total | 23,000.00 |
| **HAUSMANN & JOHNSON INSURANCE INC.** |  |  |  |  |  |  |  |
|  | Check | 02/08/2022 |  | 1022 · Old National Checking Account |  | 7100 · Business Insurance | 27,121.94 |
|  | Check | 03/02/2022 |  | 1015 · Old National Payroll Account |  | 7100 · Business Insurance | 27,122.79 |
|  |  |  |  |  |  | Total | 54,244.73 |
| **INSIGHT FS** |  |  |  |  |  |  |  |
|  | Bill Pmt -Check | 02/01/2022 |  | 1015 · Old National Payroll Account | √ | 2000 · AccountPayable | 22,742.47 |

MAPLE LEAF INC.
Transaction List by Vendor
December 25, 2021 through March 25, 2022

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Bill Pmt -Check | 02/28/2022 | ACCT# 3353257 | 1015 · Old National Payroll Account | √ | 2000 · AccountPayable | 14,527.91 |
| | Bill Pmt -Check | 03/08/2022 | | 1015 · Old National Payroll Account | | 2000 · AccountPayable | 11,330.53 |
| | | | | | | **Total** | **48,600.91** |
| **JONES CHEVORLET** | | | | | | | |
| | Bill Pmt -Check | 03/08/2022 | | 1015 · Old National Payroll Account | | 2000 · AccountPayable | 7,728.36 |
| | Check | 03/08/2022 | | 1015 · Old National Payroll Account | | 6860 · Vehicle/Truck Maint & Repairs | 150.87 |
| | | | | | | **Total** | **7,879.23** |
| **KELENY TOPSOIL** | | | | | | | |
| | | 03/22/2022 | | | | | 5,638.00 |
| | | 0/22/2022 | | | | | 4,569.67 |
| | | | | | | **Total** | **10,207.67** |
| **KOMATSU FINANCIAL** | | | | | | | |
| P.O. Box 99303 | | | | | | | |
| Chicago, IL 60693-9303 | | | | | | | |
| | Check | 01/10/2022 | CONTRACT# 777-0155405 | 1015 · Old National Payroll Account | √ | 7991 · Loan/Lease Payments | 1,919.19 |
| | Check | 02/09/2022 | CONTRACT# 777-0155405 | 1015 · Old National Payroll Account | √ | 7991 · Loan/Lease Payments | 1,919.19 |
| | Check | 02/14/2022 | CONTRACT# 777-0155405 | 1015 · Old National Payroll Account | √ | 7991 · Loan/Lease Payments | 1,919.19 |
| | Check | 03/09/2022 | CONTRACT# 777-0155405 | 1015 · Old National Payroll Account | | 7991 · Loan/Lease Payments | 1,919.19 |
| | | | | | | **Total** | **7,676.76** |
| KUBOTA CREDIT CORPORATION, U.S.A. | | | | | | | |
| P.O. Box 0559 | | Check | 01/19/2022 | ACCT# 8923387 | 1022 · Old National Checking Account | √ | -SPLIT- | 8,529.27 |
| | Check | 01/31/2022 | ACCT# 91923490 | 1022 · Old National Checking Account | √ | -SPLIT- | 5,390.01 |
| Carol Stream, IL 60132-0559 | Check | 03/09/2022 | ACCT# 89230387 | 1015 · Old National Payroll Account | | -SPLIT- | 4,743.05 |
| | | | | | | **Total** | **18,662.33** |
| **LACROSSE SEED** | | | | | | | |
| | | 03/22/2022 | | | | | 7,300.32 |
| | | | | | | **Total** | **7,300.32** |
| **MADISON BLOCK & STONE INC** | | | | | | | |
| | Check | 12/14/2021 | | 1015 · Old National Payroll Account | √ | 5000 · Cost of Goods Sold | 3,639.32 |
| | Check | 04/03/2022 | | 1015 · Old National Payroll Account | | 1300 · Inventory | 19,970.00 |
| | | | | | | **Total** | **23,609.32** |
| MIDWEST FAMILY MUTUAL INSURANCE COMPANY | | | | | | | |
| | Bill Pmt -Check | 01/17/2022 | POLICY# CPWI1060129998 | 1015 · Old National Payroll Account | √ | 2000 · AccountPayable | 71.40 |
| | | | | | | **Total** | **71.40** |
| **OLD NATIONAL BANK - VERONA** | | | | | | | |
| | Check | 12/27/2021 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 76.00 |
| | Check | 12/27/2021 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 190.00 |
| | Check | 12/28/2021 | | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 532.00 |
| | Check | 12/28/2021 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| | Check | 12/29/2021 | | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 532.00 |

| | | | | | |
|---|---|---|---|---|---|
| Check | 12/29/2021 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 76.00 |
| Check | 12/29/2021 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 12/30/2021 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 342.00 |
| Check | 12/30/2021 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 8.00 |
| Check | 12/30/2021 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 114.00 |
| Check | 12/30/2021 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 12/30/2021 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 12/31/2021 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 8.00 |
| Check | 12/31/2021 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 114.00 |
| Check | 12/31/2021 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 8.00 |
| Check | 12/31/2021 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 12/31/2021 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 01/03/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 8.00 |
| Check | 01/03/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 01/03/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 01/03/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 8.00 |
| Check | 01/03/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 76.00 |
| Check | 01/03/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 24.00 |
| Check | 01/04/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 76.00 |
| Check | 01/05/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 01/05/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 01/05/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 8.00 |
| Check | 01/05/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 266.00 |
| Check | 01/06/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 114.00 |
| Check | 01/06/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 8.00 |
| Check | 01/06/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 114.00 |
| Check | 01/07/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 01/07/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 8.00 |
| Check | 01/07/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 76.00 |
| Check | 01/10/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 114.00 |
| Check | 01/10/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 01/10/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 8.00 |
| Check | 01/11/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 114.00 |
| Check | 01/11/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 608.00 |
| Check | 01/11/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 24.00 |
| Check | 01/12/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 494.00 |
| Check | 01/12/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 152.00 |
| Check | 01/13/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 01/13/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 01/13/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 114.00 |
| Check | 01/14/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 190.00 |
| Check | 01/18/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 38.00 |
| Check | 01/18/2022 | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | 114.00 |
| Check | 01/18/2022 | 1015 · Old National Payroll Account | √ | 7020 · Bank Service Charges | 141.00 |
| Check | 01/18/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 114.00 |
| Check | 01/18/2022 | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | 190.00 |
| Check | 01/18/2022 | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | 43.50 |

**MAPLE LEAF INC.**
**Transaction List by Vendor**
**December 25, 2021 through March 25, 2022**

| | | | | | | | |
|---|---|---|---|---|---|---|---:|
| Check | 01/19/2022 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | | 38.00 |
| Check | 01/19/2022 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | | 190.00 |
| Check | 01/19/2022 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | | 24.00 |
| Check | 01/20/2022 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | | 76.00 |
| Check | 01/20/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/20/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/20/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/20/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/20/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/20/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/20/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/20/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/21/2022 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | | 76.00 |
| Check | 01/21/2022 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | | 38.00 |
| Check | 01/21/2022 | | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | | 152.00 |
| Check | 01/24/2022 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | | 38.00 |
| Check | 01/24/2022 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | | 38.00 |
| Check | 01/25/2022 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | | 24.00 |
| Check | 01/25/2022 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | | 152.00 |
| Check | 01/25/2022 | | 1015 · Old National Payroll Account | √ | 7993 · NSF Checks Fee | | 38.00 |
| Check | 01/25/2022 | | 1022 · Old National Checking Account | √ | 7993 · NSF Checks Fee | | 646.00 |
| Check | 01/28/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/28/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/28/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/28/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/28/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/28/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 01/28/2022 | | 1022 · Old National Checking Account | √ | 7020 · Bank Service Charges | | 38.00 |
| Check | 02/17/2022 | | 1015 · Old National Payroll Account | | 7020 · Bank Service Charges | | 75.00 |
| Check | 12/10/2021 | | 1022 · Old National Checking Account | | 0005 · Payroll clearing | | 1,267.30 |
| Check | 12/24/2021 | | 1022 · Old National Checking Account | | 0005 · Payroll clearing | | 1,655.29 |
| Check | 01/07/2022 | | 1022 · Old National Checking Account | | 0005 · Payroll clearing | | 1,398.60 |
| Check | 01/21/2022 | | 1022 · Old National Checking Account | | 0005 · Payroll clearing | | 1,694.41 |
| Check | 02/04/2022 | | 1022 · Old National Checking Account | | 0005 · Payroll clearing | | 1,374.29 |
| Check | 02/18/2022 | | 1022 · Old National Checking Account | | 0005 · Payroll clearing | | 1,701.50 |
| Check | 03/04/2022 | | 1022 · Old National Checking Account | | 0005 · Payroll clearing | | 1,343.63 |
| | | | | | | **Total** | **18,386.52** |
| **Site One** | | | | | | | |
| Check | 12/28/2021 | | 1015 · Old National Payroll Account | √ | 1300 · Inventory | | 4,668.06 |
| Check | 12/30/2021 | | 1015 · Old National Payroll Account | √ | 1300 · Inventory | | 1,977.33 |
| Check | 01/12/2022 | | 1015 · Old National Payroll Account | √ | 1301 · Salt-Inventory | | 3,334.33 |
| Check | 01/26/2022 | | 1015 · Old National Payroll Account | √ | 1301 · Salt-Inventory | | 5,040.26 |
| Check | 02/23/2022 | | 1015 · Old National Payroll Account | √ | 1301 · Salt-Inventory | | 2,667.46 |
| Check | 03/08/2022 | | 1015 · Old National Payroll Account | | 1301 · Salt-Inventory | | 3,163.73 |
| | | | | | | **Total** | **20,851.17** |

**MAPLE LEAF INC.**
**Transaction List by Vendor**
**December 25, 2021 through March 25, 2022**

**The Delong Company**

| | | | | | | |
|---|---|---|---|---|---|---|
| Check | 02/01/2022 | | 1015 · Old National Payroll Account | √ | 1301 · Salt-Inventory | 7,035.90 |
| | | | | | **Total** | **7,035.90** |

**W & D NAVIS INC**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 01/12/2022 | | 1015 · Old National Payroll Account | √ | 2000 · AccountPayable | 4,573.82 |
| Check | 01/24/2022 | ACCT# 3355443346 | 1015 · Old National Payroll Account | √ | 2600 · Wells Fargo Payable - 3346 | 656.01 |
| Check | 01/24/2022 | ACCT# 3355442231 | 1015 · Old National Payroll Account | √ | 2598 · Wells Fargo Payable - 2231 | 717.16 |
| Check | 01/31/2022 | ACCT# 450-5484072-016 | 1015 · Old National Payroll Account | √ | -SPLIT- | 2,225.03 |
| Check | 01/31/2022 | ACCT# 3355402268 | 1015 · Old National Payroll Account | √ | -SPLIT- | 748.21 |
| Check | 01/31/2022 | ACCT# 3355402276 | 1015 · Old National Payroll Account | √ | -SPLIT- | 748.21 |
| Check | 01/31/2022 | ACCT# 3355442231 | 1015 · Old National Payroll Account | √ | 2598 · Wells Fargo Payable - 2231 | 707.16 |
| Check | 02/03/2022 | ACCT# 3355443346 | 1015 · Old National Payroll Account | √ | -SPLIT- | 666.01 |
| Check | 02/09/2022 | ACCT# 450-5484072-009 | 1015 · Old National Payroll Account | √ | -SPLIT- | 5,448.69 |
| Check | 02/09/2022 | ACCT# 450-5484072-007 | 1015 · Old National Payroll Account | √ | -SPLIT- | 3,273.11 |
| Check | 02/09/2022 | ACCT# 450-5484072-011 | 1015 · Old National Payroll Account | √ | -SPLIT- | 1,685.57 |
| Check | 02/09/2022 | ACCT# 450-5484072-012 | 1015 · Old National Payroll Account | √ | -SPLIT- | 3,026.35 |
| Check | 02/09/2022 | ACCT# 450-5484072-013 | 1015 · Old National Payroll Account | √ | -SPLIT- | 1,706.91 |
| Check | 02/09/2022 | ACCT# 450-5484072-014 | 1015 · Old National Payroll Account | √ | -SPLIT- | 1,908.51 |
| Check | 02/09/2022 | ACCT# 450-5484072-015 | 1015 · Old National Payroll Account | √ | -SPLIT- | 2,011.57 |
| | | | | | **Total** | **30,102.32** |

**Wells Fargo**
P.O. Box 17900
Denver, CO 80217-0900

| | | | | | | |
|---|---|---|---|---|---|---|
| Check | 03/03/2022 | ACCT# 3355402268 | 1015 · Old National Payroll Account | | 2596 · Wells Fargo Payable - 2268 | 748.21 |
| Check | 03/03/2022 | ACCT# 3355402276 | 1015 · Old National Payroll Account | | 2595 · Wells Fargo Payable - 2276 | 748.21 |
| Check | 03/08/2022 | ACCT# 3355443346 | 1015 · Old National Payroll Account | | 2600 · Wells Fargo Payable - 3346 | 656.01 |
| Check | 03/08/2022 | ACCT# 3355442231 | 1015 · Old National Payroll Account | | 2598 · Wells Fargo Payable - 2231 | 707.16 |
| Check | 03/08/2022 | ACCT# 3355402276 | 1015 · Old National Payroll Account | | 2595 · Wells Fargo Payable - 2276 | 738.21 |
| Check | 03/08/2022 | ACCT# 3355402268 | 1015 · Old National Payroll Account | | 2596 · Wells Fargo Payable - 2268 | 738.21 |

Wells Fargo Vendor Financial Services, Inc.,
P.O. Box 105743, Atlanta, GA 30348-5743

| | | | | | | |
|---|---|---|---|---|---|---|
| Check | 03/09/2022 | ACCT# 450-5484072-007 | 1015 · Old National Payroll Account | | 7991 · Loan/Lease Payments | 1,025.20 |
| | | | | | **Total** | **5,361.21** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Wisconsin

In re    Maple Leaf, Inc.            Case No.    **22-10420-cjf**

                   Debtor(s)            Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **395.00/hour** |
| Prior to the filing of this statement I have received | $ | **28,327.50** |
| Balance Due | $ | **395.00/hour** |

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Advise and assist the Debtor with duties and powers under the Bankruptcy Code;
   b. Advise and assist the Debtor regarding administration of the Case;
   c. Prosecute actions on behalf of the Debtor as debtors-in-possession, defend any actions commenced against the Debtor, and otherwise represent the Debtor's interest in litigation in which the Debtor are involved;
   d. Prepare appropriate pleadings and filing in the Case, including a plan, motions, objections, applications, proposed orders, and other documents in connection with administration of the Case and/or the Debtor's estate;
   e. Advise the Debtor with respect to the proposed sale, lease or use of any assets of the Debtor's estate;
   f. Represent and appear on behalf of the Debtor in any Court proceedings;
   g. Perform all other necessary and appropriate legal services for the Debtor in connection with the Case.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **N/A**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   4/8/2022                          /s/ Craig E. Stevenson
*Date*                                     **Craig E. Stevenson 1060082**
                                          *Signature of Attorney*
                                          **DeWitt LLP**
                                          **Two E. Mifflin Street, Ste. 600**
                                          **Madison, WI 53703**
                                          **608-252-9263  Fax: 608-252-9243**
                                          **ces@dewittllp.com**
                                          *Name of law firm*

# United States Bankruptcy Court
## Western District of Wisconsin

In re   **Maple Leaf, Inc.**

Debtor(s)

Case No.   **3:22-10420-cjf**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Joel Grant and Jamie Grant<br>as Trustees of the Joel and Jamie Grant<br>Revocable Trust dated Dec. 1, 2020<br>7589 Bobcat Lane<br>Verona, WI 53593 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April  8, 2022**

Signature   **/s/ Joel Grant**

**Joel Grant**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Wisconsin

In re    **Maple Leaf, Inc.**                                          Case No.    **3:22-10420-cjf**

Debtor(s)                          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April  8, 2022**                          **/s/ Joel Grant**

**Joel Grant/President**
Signer/Title

Advance Auto Parts
ADVANCE AUTO PARTS AAP FINANCIAL SERVICE
P.O. BOX 742063
Atlanta, GA 30374-2063

Alliant Energy/WPL
P.O. Box 3062
Cedar Rapids, IA 52406-3062

Ally
P.O. Box 380902
Minneapolis, MN 55438

Ally Capital
15303 S. 94th Ave.
Orland Park, IL 60462

Ally Payment Processing Center
P.O. Box 9001948
Louisville, KY 40290-1948

AmeriCredit Financial Services, Inc.
dba GM Financial
PO Box 183853
Arlington, TX 76096

Analore, Andrew
121 Capitol View, Apt. 5
Madison, WI 53713

Armstrong, Raphael
1314 Loreen Dr.
Madison, WI 53711

Better Business Bureau of WI
10019 W. Greenfield Ave.
Milwaukee, WI 53214

BMO Harris Bank N.A.
PO Box 3040
Cedar Rapids, IA 52406

Branded Image
211 East Verona Ave.
Verona, WI 53593

Brown, Freddie
1902 Pike Dr., #7
Madison, WI 53713

Capitol Lawn Sprinkler Inc.
636 S. Nine Mound Road
Verona, WI 53593

Citizens One
One Citizens Bank Way
Mailstop JCA 115
Johnston, RI 02919

Dampier, Sarah
315 W. Fourth St.
Richland Center, WI 53581

Deal, Jason
502 4th Ave.
Hollandale, WI 53544

Dohrn, John
1506 N. 3rd St.
Clinton, IA 52732

Elliott, Bradley
6140S Kensington Ave.
La Grange, IL 60525

Fabick Rents
John Fabick Tractor Co.
P.O. Box 956362
Saint Louis, MO 63195-6362

Fargen, Ethan
309 S. Iowa St.
Dodgeville, WI 53533

Federated Insurance
P.O. Box 95231
Chicago, IL 60694-5231

Friederich, Christina
506 Jamie St., #5
Dodgeville, WI 53533

General Communications, Inc.
2880 Commerce Park Dr.
Madison, WI 53719

GFL Envionmental
300 Raemisch Road
Waunakee, WI 53597

GHC-SCW
P.O. Box 88619
Milwaukee, WI 53288-0619

GM Financial
P.O Box 183593
Arlington, TX 76096

GM Financial
P.O. Box 183593
Arlington, TX 76096

Grant Properties, LLC
7589 Bobcat Lane
Verona, WI 53593

Hackney, Cameron
4536 Golf Dr.
Windsor, WI 53598

Hammersley, Carson
5810 Wisconsin St.
Mc Farland, WI 53558

Hanson, Robert
2159 Cty. Rd. Y, #12
Dodgeville, WI 53533

Hatch Building Supply
5601 Manufacturers Drive
Madison, WI 53704

Heartland Pergolas
21060 Holden Drive
Davenport, IA 52806

Hill, Phil
305 Scott St.
Hollandale, WI 53544

Howell, Hailey
104 E. Main St.
Cobb, WI 53526

Insight FS
222 E Puerner Street
PO Box 359
Jefferson, WI 53549-1246

Jauch, Matthew
3552 Valley Ridge Rd.
Middleton, WI 53562

Joel and Jamie Grant
7589 Bobcat Lane
Verona, WI 53593

Johnson, Anthony
409 S. High Point Rd., #111
Madison, WI 53719

Juedes, Kyle
823 Washington St.
Darlington, WI 53530

Kleist, Ashley
S7559 US Hwy. 12, Apt. L-17
North Freedom, WI 53951

Komatsu Financial
P.O. Box 99303
Chicago, IL 60693-9303

Krantz, Mason
N9178 Dohm Dr.
Belleville, WI 53508

Kubota Credit Corporation, U.S.A.
P.O. Box 0559
Carol Stream, IL 60132

Laschiava, Brandon
1406 Droster Rd.
Madison, WI 53716

Lee, Gregory
4725 Hayes Rd.
Madison, WI 53704

Liegel, Chadd
993 Harper Dr.
Verona, WI 53593

Litchfield, Zoe
422 Steil Rd.
Highland, WI 53543

Long, Roger
2969 Main St.
P.O. Box 133
Blue Mounds, WI 53517

Martinez, Samuel
654 McKinley Ave.
Beloit, WI 53511

Micron
2998 Syene Rd.
Madison, WI 53713

Mid-West Family Madison
730 Rayovac Dr.
Madison, WI 53711

Mitchell, Clyde
3762 Cty. Rd. Z
Dodgeville, WI 53533

Mitsubishi
21925 Network Place
Chicago, IL 60673-1219

Mora, David
2429 Parker Place
Madison, WI 53713

Neyens, David
5301 E. Buckeye Rd.
Madison, WI 53716

Owen, Sean
501 14th Ave.
New Glarus, WI 53574

Palmer, Andrew
32 Heritage Cir., Apt. 10
Madison, WI 53711

Patton, Julius
540 W. Olin Ave.
Madison, WI 53715

Pauls Turf
5146 Ridge Road
Marshall, WI 53559

Peregrino, Javier
3309 Leopold Way, Apt. 206
Madison, WI 53713

Pomps Tire
Attn: AR Department
P.O. Box 88697
Milwaukee, WI 53288-8697

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Reeves, Cody
301 Doty St., Apt. A
Mineral Point, WI 53565

Rios-Sveum, Angel
41 Broadhead St.
Mazomanie, WI 53560

Ripp, Joseph
1333 Twin Bridge Rd.
Mineral Point, WI 53565

Salgado, Lesly
1841 Range Tr.
Verona, WI 53593

Schoener, Robert
203 W. Warehouse St.
Muscoda, WI 53573

Society Insurance
P.O. Box 1237
Fond Du Lac, WI 54936-1237

Stang, Billy
123 Water Rd.
Mazomanie, WI 53560

State of Wisconsin
Department of Revenue
P.O. Box 8902
Madison, WI 53708-8902

Struble, Peter
6801 Wittlesey Rd.
Middleton, WI 53562

Strunk, Skylar
6926 Chester Dr.
Madison, WI 53719

Tamarack Trails Community Services Assoc
c/o Atty. Lydia J. Chartre
Husch Blackwell
33 East Main Street Suite 300
Madison, WI 53701

TDS Telecom
P.O. Box 94510
Palatine, IL 60094-4510

UniFirst Corporation
W136 N4863 Campbell Drive
Menomonee Falls, WI 53051

University Sports Publications
6666 Odana Rd.
Madison, WI 53719

Wells Fargo Bank, N.A.
dba Wells Fargo Auto
PO Box 130000
Raleigh, NC 27605

Wells Fargo Vendor Financial Services
1010 Thomas Edison Blvd SW
Attn: Michelle Shulten
Cedar Rapids, IA 52404

Wilson, John
1806 Fisher St., #1
Madison, WI 53713

Wisconsin Bank & Trust
c/o Atty. David Van Lieshout
Van Lieshout Law Office
122 E. Main Street
Little Chute, WI 54140

Zahler, Kyle
42 Apple Hill Dr.
Blue Mounds, WI 53517

Zell, Andrew
1313 Perimeter Rd.
Mount Horeb, WI 53572