# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Maple Leaf, Inc.**                                     Case No.  **3:22-10420-cjf**
                              Debtor(s)                          Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 8, 2022**                          **/s/ Joel Grant**
                                                   **Joel Grant**/**President**
                                                   Signer/Title

```
Advance Auto Parts
ADVANCE AUTO PARTS AAP FINANCIAL SERVICE
P.O. BOX 742063
Atlanta, GA 30374-2063

Alliant Energy/WPL
P.O. Box 3062
Cedar Rapids, IA 52406-3062

Ally
P.O. Box 380902
Minneapolis, MN 55438

Ally Capital
15303 S. 94th Ave.
Orland Park, IL 60462

Ally Payment Processing Center
P.O. Box 9001948
Louisville, KY 40290-1948

AmeriCredit Financial Services, Inc.
dba GM Financial
PO Box 183853
Arlington, TX 76096

Analore, Andrew
121 Capitol View, Apt. 5
Madison, WI 53713

Armstrong, Raphael
1314 Loreen Dr.
Madison, WI 53711

Better Business Bureau of WI
10019 W. Greenfield Ave.
Milwaukee, WI 53214

BMO Harris Bank N.A.
PO Box 3040
Cedar Rapids, IA 52406

Branded Image
211 East Verona Ave.
Verona, WI 53593

Brown, Freddie
1902 Pike Dr., #7
Madison, WI 53713

Capitol Lawn Sprinkler Inc.
636 S. Nine Mound Road
Verona, WI 53593
```

Citizens One
One Citizens Bank Way
Mailstop JCA 115
Johnston, RI 02919

Dampier, Sarah
315 W. Fourth St.
Richland Center, WI 53581

Deal, Jason
502 4th Ave.
Hollandale, WI 53544

Dohrn, John
1506 N. 3rd St.
Clinton, IA 52732

Elliott, Bradley
6140S Kensington Ave.
La Grange, IL 60525

Fabick Rents
John Fabick Tractor Co.
P.O. Box 956362
Saint Louis, MO 63195-6362

Fargen, Ethan
309 S. Iowa St.
Dodgeville, WI 53533

Federated Insurance
P.O. Box 95231
Chicago, IL 60694-5231

Friederich, Christina
506 Jamie St., #5
Dodgeville, WI 53533

General Communications, Inc.
2880 Commerce Park Dr.
Madison, WI 53719

GFL Envionmental
300 Raemisch Road
Waunakee, WI 53597

GHC-SCW
P.O. Box 88619
Milwaukee, WI 53288-0619

GM Financial
P.O Box 183593
Arlington, TX 76096

```
GM Financial
P.O. Box 183593
Arlington, TX 76096

Grant Properties, LLC
7589 Bobcat Lane
Verona, WI 53593

Hackney, Cameron
4536 Golf Dr.
Windsor, WI 53598

Hammersley, Carson
5810 Wisconsin St.
Mc Farland, WI 53558

Hanson, Robert
2159 Cty. Rd. Y, #12
Dodgeville, WI 53533

Hatch Building Supply
5601 Manufacturers Drive
Madison, WI 53704

Heartland Pergolas
21060 Holden Drive
Davenport, IA 52806

Hill, Phil
305 Scott St.
Hollandale, WI 53544

Howell, Hailey
104 E. Main St.
Cobb, WI 53526

Insight FS
222 E Puerner Street
PO Box 359
Jefferson, WI 53549-1246

Jauch, Matthew
3552 Valley Ridge Rd.
Middleton, WI 53562

Joel and Jamie Grant
7589 Bobcat Lane
Verona, WI 53593

Johnson, Anthony
409 S. High Point Rd., #111
Madison, WI 53719
```

```
Juedes, Kyle
823 Washington St.
Darlington, WI 53530

Kleist, Ashley
S7559 US Hwy. 12, Apt. L-17
North Freedom, WI 53951

Komatsu Financial
P.O. Box 99303
Chicago, IL 60693-9303

Krantz, Mason
N9178 Dohm Dr.
Belleville, WI 53508

Kubota Credit Corporation, U.S.A.
P.O. Box 0559
Carol Stream, IL 60132

Laschiava, Brandon
1406 Droster Rd.
Madison, WI 53716

Lee, Gregory
4725 Hayes Rd.
Madison, WI 53704

Liegel, Chadd
993 Harper Dr.
Verona, WI 53593

Litchfield, Zoe
422 Steil Rd.
Highland, WI 53543

Long, Roger
2969 Main St.
P.O. Box 133
Blue Mounds, WI 53517

Martinez, Samuel
654 McKinley Ave.
Beloit, WI 53511

Micron
2998 Syene Rd.
Madison, WI 53713

Mid-West Family Madison
730 Rayovac Dr.
Madison, WI 53711
```

```
Mitchell, Clyde
3762 Cty. Rd. Z
Dodgeville, WI 53533

Mitsubishi
21925 Network Place
Chicago, IL 60673-1219

Mora, David
2429 Parker Place
Madison, WI 53713

Neyens, David
5301 E. Buckeye Rd.
Madison, WI 53716

Owen, Sean
501 14th Ave.
New Glarus, WI 53574

Palmer, Andrew
32 Heritage Cir., Apt. 10
Madison, WI 53711

Patton, Julius
540 W. Olin Ave.
Madison, WI 53715

Pauls Turf
5146 Ridge Road
Marshall, WI 53559

Peregrino, Javier
3309 Leopold Way, Apt. 206
Madison, WI 53713

Pomps Tire
Attn: AR Department
P.O. Box 88697
Milwaukee, WI 53288-8697

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Reeves, Cody
301 Doty St., Apt. A
Mineral Point, WI 53565

Rios-Sveum, Angel
41 Broadhead St.
Mazomanie, WI 53560
```

Ripp, Joseph
1333 Twin Bridge Rd.
Mineral Point, WI 53565

Salgado, Lesly
1841 Range Tr.
Verona, WI 53593

Schoener, Robert
203 W. Warehouse St.
Muscoda, WI 53573

Society Insurance
P.O. Box 1237
Fond Du Lac, WI 54936-1237

Stang, Billy
123 Water Rd.
Mazomanie, WI 53560

State of Wisconsin
Department of Revenue
P.O. Box 8902
Madison, WI 53708-8902

Struble, Peter
6801 Wittlesey Rd.
Middleton, WI 53562

Strunk, Skylar
6926 Chester Dr.
Madison, WI 53719

Tamarack Trails Community Services Assoc
c/o Atty. Lydia J. Chartre
Husch Blackwell
33 East Main Street Suite 300
Madison, WI 53701

TDS Telecom
P.O. Box 94510
Palatine, IL 60094-4510

UniFirst Corporation
W136 N4863 Campbell Drive
Menomonee Falls, WI 53051

University Sports Publications
6666 Odana Rd.
Madison, WI 53719

Wells Fargo Bank, N.A.
dba Wells Fargo Auto
PO Box 130000
Raleigh, NC 27605

Wells Fargo Vendor Financial Services
1010 Thomas Edison Blvd SW
Attn: Michelle Shulten
Cedar Rapids, IA 52404

Wilson, John
1806 Fisher St., #1
Madison, WI 53713

Wisconsin Bank & Trust
c/o Atty. David Van Lieshout
Van Lieshout Law Office
122 E. Main Street
Little Chute, WI 54140

Zahler, Kyle
42 Apple Hill Dr.
Blue Mounds, WI 53517

Zell, Andrew
1313 Perimeter Rd.
Mount Horeb, WI 53572