

|  |  |
|---|---|
| Please respond to: | Capitol Square Office |
| Direct line: | 608-252-9263 |
| Email: | ces@dewittllp.com |

April 12, 2022

**Via ECF only**

The Honorable Catherine J. Furay
U.S. Bankruptcy Court for the Western District of Wisconsin
120 North Henry Street, Room 340
Madison, Wisconsin 53703-2559

RE:   *In re: Maple Leaf, Inc.*, Case No. 22-10420-cjf
        Agreed Final Order for Use of Cash Collateral

Dear Judge Furay:

On March 29, the Court conducted an interim hearing on use of cash collateral, and set a final hearing on use of cash collateral for April 20, 2022. I am pleased to notify the Court that the parties have reached an agreement on a final order for cash collateral, reflected in a Stipulation and Agreed Final Order for Use of Cash Collateral and Adequate Protection, filed yesterday at docket entry # 61.

Copies of the Stipulation and Agreed Order were electronically served yesterday on the U.S. Trustee, Subchapter V Trustee, Capital Dude and Wisconsin Bank & Trust. Copies were served via mail today on the 20 largest unsecured creditors, and a certificate of service to that effect has been filed at docket entry #63. A separate copy of the Agreed Order has been submitted as a proposed order at docket entry #64.

In light of the forgoing, the parties to the Stipulation request that the April 20 hearing be removed from the Court's calendar.

Respectfully submitted,

**DeWitt LLP**

*/s/ Craig E. Stevenson*

Craig E. Stevenson

cc :   All parties receiving ECF notices in this case