**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: June 22, 2022**

_____
**Hon. Catherine J. Furay
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

| In re: | Case No. 3-22-10420-cjf |
|---|---|
| Maple Leaf, Inc., | Chapter 11 |
| Debtor. | Subchapter V |

### AGREED ORDER EXTENDING AUTHORIZATION FOR USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

This matter initially came before the Court on Debtor's Motion for Order Authorizing Use of Cash Collateral and Granting Adequate Protection to Wisconsin Bank & Trust ("WB&T") and Capital Dude, LLC, originally filed on March 25, 2022 (Dkt. # 2), as supplemented on March 28, 2022 (Dkt. #28). Based upon the stipulation of the parties filed on April 11, 2022 (Dkt. # 61), the Court entered a Final Order Authorizing Debtor's Use of Cash Collateral and Granting Adequate Protection on April 14, 2022 (Dkt. #66), which by its terms expires on June 30, 2022. The Debtor, Capital Dude, and WB&T have stipulated to an extension of that Order to July 31, 2022, or as further extended as set forth in this Order.

The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and that the matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A)

because it concerns the administration of the Debtor's bankruptcy estates, and the Debtor's use of cash collateral.

Based upon the Debtor's original Motion, the Stipulation for an extension of the Final Order, and other matters of record in this case, the Court has determined that the relief requested in the Stipulation is in the best interests of the Debtor, its estate, the creditors, and other parties in interest. Accordingly,

**IT IS ORDERED** that:

1. The Stipulation is approved, subject to the specific provisions of this Order.

2. Pursuant to sections 361, 363(c)(2), and 363(e) of the Bankruptcy Code, the Debtor is authorized, but not directed, in the reasonable exercise of the Debtor's business judgment, to use the Cash Collateral for the ongoing conduct of the Debtor's business, provided the following provisions concerning adequate protection of are maintained.

3. So long as Debtor is in compliance with this Order, the Debtor is authorized to use Cash Collateral to fund the itemized expenditures (subject to permitted variances) contained in the budget attached hereto as Exhibit A (the "Budget"). As included in the Budget, Cash Collateral may be allocated for the payment of Debtor's professional fees. The Debtor shall not be authorized to use the Cash Collateral to pay any cost, fees, or expenses not set forth in the Budget.

4. WB&T and the Debtor are authorized, in their sole discretion, to agree to increase cash disbursements and operating expenditures in the Budget, and upon written agreement by WB&T to so modify the Budget, the Debtor will be authorized to use Cash Collateral in such amount without the need for any further order of the Court.

5. Debtor agrees to make adequate protection payments to WB&T of $23,800 per month (with the next payment due on or before June 26, 2022), of which $10,000 shall be paid from the monthly rent due Grant Properties, LLC.

6. The Debtor shall pay Capital Dude $4,000 per month. This payment shall be without prejudice or binding effect to final plan treatment of Capital Dude, LLC. The parties have stipulated that this Order is not a determination that Capital Dude, LLC's security interest is subject to 11 U.S.C. § 552 or the nature of its transaction with the Debtor and Capital Dude, LLC reserves all rights. As long as payments are being received by Capital Dude, LLC pursuant to the terms of this Order, Capital Dude, LLC agrees to refrain from any collection activities from any guarantors or co-debtors.

7. This Order, and Debtor's use of Cash Collateral, shall terminate on the later of (a) July 31, 2022, or (b) the date that is 10 days following the conclusion of the confirmation hearing, but in any event no later than August 31, 2022 (the "Termination Date"), unless the Court otherwise orders. In the event that a plan is not confirmed prior to the Termination Date, the Debtor shall propose a further Budget to WB&T for review and comment and WB&T and Debtor shall thereafter agree on a further budget.

8. Debtor shall: (a) not enter into any transactions outside the ordinary course of business without Court approval; (b) maintain insurance of the type and nature required under the relevant loan documents; (c) pay all post-petition employee withholding, sales, use, fuel, and other tax obligations as they come due; (d) maintain property in the same working condition as it was on the Petition Date; (f) provide WB&T with inspection rights to the Collateral upon reasonable notice; and (g) provide an updated accounting to WB&T of all fertilizer deposits at WB&T's request.

9. Notwithstanding Section 552(a) of the Code, in order to protect WB&T's security interest in Cash Collateral that existed on or after the date of the Petition Date, WB&T holds a first and paramount post-petition replacement lien (the "Post-petition WB&T Lien") on the Debtor's personal property, including but not limited to, equipment, fixtures, inventory, documents, general intangibles, accounts, and contract rights, and specifically including any and all accounts, deposit accounts, and contract rights of Debtor, and proceeds thereof owned by Debtor and related to Debtor's operation, except to the extent that any such collateral may be subject to valid, properly perfected, priority liens of prepetition purchase-money secured creditors.

10. The Post-Petition WB&T Lien is perfected as of the Petition Date. WB&T may, but is not required to, file a financing statement with the Wisconsin Department of Financial Institutions to perfect the Post-Petition WB&T Lien. The Post-Petition WB&T Lien shall be deemed to attach to any such assets that the Debtor has an interest in not otherwise described herein.

11. By consenting to the use of Cash Collateral pursuant to the terms of this Order and except as provided for in the Budget, WB&T shall not be deemed to be providing consent for its collateral to be surcharged under 11 U.S.C. 506(c) or any other provision of law. By stipulating to the entry of this Order, WB&T has not, and shall not be deemed to have, consented to any payments or charges that operate as surcharge pursuant to 11 U.S.C. 506(c). Debtor, as further adequate protection for WB&T have, and shall be deemed to have, waived all claims which now or hereafter exist against WB&T pursuant to Section 506(c) of the Code. Debtor's waiver of claims pursuant to Section 506 of the Code shall not apply to any subsequently appointed trustee or trustee-in-possession.

12. Subject to the terms and conditions provided herein, WB&T is not agreeing to advance new or additional funds but is only permitting Debtor to use Cash Collateral to pay the expenses provided for in the Budget.

13. In addition to restrictions set forth herein, unless expressly set forth in the Budget, Cash Collateral shall not be used for payment of any pre-petition unsecured indebtedness, unless approved in advance of payment by the Court, with appropriate notice to WB&T.

14. Upon the occurrence of any of the following events (each of which is an "Event of Default"), Debtor shall be in Default under this Order:

  a. Any failure to comply with a term or requirement of this Order;

  b. The dismissal of this pending bankruptcy case;

  c. The appointment by the Court in the bankruptcy case of a trustee appointed to perform certain duties generally reserved to the Debtor-in-possession;

  d. Cancellation or lapse of any of the Debtor's insurance policies that insure the Collateral;

  e. Cessation of normal business operations by Debtor; and

  f. Debtor's failure to comply with the Budget within the permitted variance, as provided for in this Order.

15. Upon the occurrence of an Event of Default by the Debtors, WB&T or Capital Dude shall provide notice of such default to the Debtor, which written notice shall be accomplished by electronic mail (email) to Debtor's counsel at ces@dewittllp.com and syd@dewittllp.com. If the Debtor fails to cure the default within five (5) days of such notice,

in addition to remedies provided elsewhere in this Order, upon the occurrence or continuation of any event of Default, the Debtor's right to use Cash Collateral pursuant to this Order shall terminate. Notwithstanding the forgoing, WB&T and Debtor may agree to a waiver and cure of any Default without further order of this Court, and Debtor may seek reinstatement of the right to use Cash Collateral by motion.

16. Notwithstanding any applicability of Bankruptcy Rule 6004(h), terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

17. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

# # #

**Maple Leaf Inc.**
**13 Week Cash Flow Forecast**

**Maple Leaf Inc.**
Weekly Cash Flow Forecast

| | Forecast Week 13 6/18/2022 | Forecast Week 14 6/25/2022 | Forecast Week 15 7/2/2022 | Forecast Week 16 7/9/2022 | Forecast Week 17 7/16/2022 |
|---|---|---|---|---|---|
| **Total Cash Receipts** | $ 150,000 | $ 145,000 | $ 146,000 | $ 146,000 | $ 146,000 |
| **Cash Disbursements** | | | | | |
| Payroll, incl Taxes | $ 1,250 | $ 120,000 | $ 1,600 | $ 125,000 | $ 1,600 |
| Job Material and Fuel | $ 41,000 | $ 20,000 | $ 50,000 | $ 32,500 | $ 55,000 |
| Recurring payments | $ 2,012 | $ 1,200 | $ - | $ 1,100 | $ 2,200 |
| Insurance | $ - | $ - | $ 11,181 | $ 27,000 | $ - |
| Other Misc Expenses | $ 5,800 | $ 3,000 | $ 9,552 | $ 7,828 | $ 9,100 |
| Sales Tax | $ - | $ 18,000 | $ - | $ - | $ - |
| Facility/Shop Rent | $ - | $ - | $ - | $ 6,000 | $ - |
| **Total Cash Disbursements** | $ 50,062 | $ 162,200 | $ 72,333 | $ 199,428 | $ 67,900 |
| **Current debt** | | | | | |
| Equipment Loans and Leases | $ 11,050 | $ 3,136 | $ 14,183 | $ 4,448 | $ 6,889 |
| WB&T | $ - | $ 23,800 | $ - | $ - | $ - |
| Sales tax payment plan (interest only) | $ 1,500 | $ - | $ - | $ - | $ 1,500 |
| Capital Dude | $ 4,000 | $ - | $ - | $ - | $ 4,000 |
| **Total Current Debt Disbursements** | $ 16,550 | $ 26,936 | $ 14,183 | $ 4,448 | $ 12,389 |
| Net Receipts Over (Under) Disbursements | $ 83,388 | $ (44,136) | $ 59,484 | $ (57,876) | $ 65,711 |
| Beginning Cash | $ (25,154) | $ 58,234 | $ 14,099 | $ 73,582 | $ 15,707 |
| Ending Cash | $ 58,234 | $ 14,099 | $ 73,582 | $ 15,707 | $ 81,417 |

| | Forecast Week 18 7/23/2022 | Forecast Week 19 7/30/2022 | Forecast Week 20 8/6/2022 | Forecast Week 21 8/13/2022 | Forecast Week 22 8/20/2022 | Forecast Week 23 8/27/2022 | Forecast Week 24 9/3/2022 |
|---|---|---|---|---|---|---|---|
| | $ 146,000 | $ 146,000 | $ 136,000 | $ 136,000 | $ 136,000 | $ 136,000 | $ 136,000 |
| | $ 125,000 | $ 1,900 | $ 125,000 | $ 1,600 | $ 125,000 | $ 1,600 | $ 125,000 |
| | $ 25,000 | $ 32,500 | $ 55,000 | $ 25,000 | $ 32,500 | $ 55,000 | $ 25,000 |
| | $ 2,212 | $ - | $ 1,100 | $ 1,200 | $ 3,212 | $ - | $ 1,100 |
| | $ 10,290 | $ - | $ 27,891 | $ - | $ 10,290 | $ - | $ 891 |
| | $ 7,200 | $ 8,000 | $ 8,552 | $ 8,628 | $ 7,000 | $ 7,000 | $ 8,552 |
| | $ 20,000 | $ - | $ - | $ - | $ 20,000 | $ - | $ - |
| | $ - | $ - | $ 6,000 | $ - | $ - | $ - | $ - |
| | $ 189,702 | $ 42,400 | $ 223,543 | $ 36,428 | $ 198,002 | $ 63,600 | $ 160,543 |
| | $ 6,049 | $ 5,534 | $ 3,746 | $ 6,644 | $ 5,869 | $ 3,449 | $ 5,482 |
| | $ - | $ 23,800 | $ - | $ - | $ - | $ 23,800 | $ - |
| | $ - | $ - | $ - | $ 1,500 | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ 4,000 | $ - | $ - | $ - |
| | $ 6,049 | $ 29,334 | $ 3,746 | $ 12,144 | $ 5,869 | $ 27,249 | $ 5,482 |
| | $ (49,751) | $ 74,266 | $ (91,289) | $ 87,428 | $ (67,871) | $ 45,151 | $ (30,025) |
| | $ 81,417 | $ 31,666 | $ 105,932 | $ 14,644 | $ 102,072 | $ 34,201 | $ 79,352 |
| | $ 31,666 | $ 105,932 | $ 14,644 | $ 102,072 | $ 34,201 | $ 79,352 | $ 49,327 |

|  | DATA ENTRY TABLE | | |
|---|---|---|---|
|  | Frequency | Day | Amount |
|  | w = weekly | | |
|  | b = bi-weekly (Use Table, Col "V", for Day) | | |
|  | m = monthly | | |
|  |  |  |  |
| Ally Truck 94 | m | 7 | 1,128 |
| Ally Truck 15 | m | 8 | 563 |
| Ally Truck 16 | m | 8 | 534 |
| Ally Truck 21 | m | 8 | 548 |
| Ally Truck 4 | m | 8 | 566 |
| Ally Truck 7 | m | 8 | 566 |
| Ally Truck 88 | m | 8 | 579 |
| GM Financial Truck 55 | m | 26 | 1,031 |
| Gm Financial Truck 32 | m | 11 | 546 |
| Wells Fargo Truck 91 | m | 4 | 728 |
| Wells Fargo Truck 90 | m | 4 | 738 |
| Wells Fargo Truck 63 | m | 29 | 707 |
| Wells Fargo Truck 23 | m | 30 | 656 |
| Citizens One Truck 95 | m | 10 | 1,290 |
| Wells Fargo S770 Bobcat | m | 18 | 718 |
| Wells Fargo (2) S590 Bobcat | m | 1 | 1,025 |
| Wells Fargo (3) S650 Bobcats | m | 1 | 1,763 |
| Wells Fargo S595 Bobcat | m | 15 | 554 |
| Wells Fargo (2) Utility veh/plow,spre | m | 1 | 979 |
| Wells Fargo S590 Bobcat | m | 15 | 561 |
| Wells Fargo S595 Bobcat | m | 1 | 618 |
| Wells Fargo S650 Bobcat | m | 1 | 651 |
| GM Truck 83 | m | 10 | 948 |
| GM Truck 30 | m | 17 | 291 |
| Gm Truck 57 | m | 18 | 1,117 |
| GM Blazer | m | 28 | 709 |
| GM Tahoe | m | 28 | 1,301 |
| GM Truck 89 | m | 14 | 747 |
| GM Truck 8 | m | 18 | 594 |
| BMO Harris Truck 84 | m | 10 | 1,409 |
| Kubota Mowers | m | 18 | 1,454 |
| Kubota Skid loaders | m | 3 | 2,269 |
| Mitsubishi Truck 73 | m | 13 | 1,176 |
| Komatsu | m | 14 | 1,919 |
| Komatsu | m | 14 | 1,919 |
| **Total** | | | |
| | | | 32,902 |

**Expenses**

| | Forecast Week 13 6/18/2022 | Forecast Week 14 6/25/2022 | Forecast Week 15 7/2/2022 | Forecast Week 16 7/9/2022 | Forecast Week 17 7/16/2022 | Forecast Week 18 7/23/2022 |
|---|---|---|---|---|---|---|
| **Material and fuel** | | | | | | |
| Fuel | $ 11,300 | $ - | $ 25,000 | $ - | $ 30,000 | $ - |
| Material fert | $ 2,700 | $ - | $ - | $ 7,500 | $ - | $ - |
| Material maintenance | $ - | $ - | $ - | $ - | $ - | $ - |
| Material landscape | $ 27,000 | $ 20,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 |
| **Total fuel and material** | $ 41,000 | $ 20,000 | $ 50,000 | $ 32,500 | $ 55,000 | $ 25,000 |
| **Recurring Expenses** | | | | | | |
| Utilities | | | | $ 1,100 | | |
| Cell phones | | $ 1,200 | | | | $ 1,200 |
| Telephone and Internet | | | | | $ 1,200 | |
| Two-way radios | $ 1,012 | | | | | $ 1,012 |
| Trash removal | $ 1,000 | | | | $ 1,000 | |
| **Total recurring** | $ 2,012 | $ 1,200 | $ - | $ 1,100 | $ 2,200 | $ 2,212 |
| **Insurance** | | | | | | |
| GHC | | | $ 10,290 | | | $ 10,290 |
| Principal | | | $ 891 | | | |
| Hausman & Johnson | | | | $ 27,000 | | |
| **Total insurance** | $ - | $ - | $ 11,181 | $ 27,000 | $ - | $ 10,290 |
| **Other Misc Expenses** | | | | | | |
| Advertising | | | $ 1,552 | | | |
| Safety Supplies | | | | | | |
| Equipment/Vehicle Repairs | $ 5,800 | $ 3,000 | $ 7,000 | $ 7,000 | $ 7,000 | $ 7,000 |
| Equipment Rental | | | | | | |
| Licenses and Fees | | | $ 1,000 | | $ 1,000 | |
| Dues and Subscriptions (add CLIP) | | | | $ 528 | | |
| Office | | | | $ 300 | $ 1,100 | $ 200 |
| **Total Other Misc Expenses** | $ 5,800 | $ 3,000 | $ 9,552 | $ 7,828 | $ 9,100 | $ 7,200 |

| | Forecast Week 19 7/30/2022 | Forecast Week 20 8/6/2022 | Forecast Week 21 8/13/2022 | Forecast Week 22 8/20/2022 | Forecast Week 23 8/27/2022 | Forecast Week 24 9/3/2022 |
|---|---|---|---|---|---|---|
| | $    - | $   30,000 | $    - | $    - | $   30,000 | $    - |
| | $   7,500 | $    - | $    - | $   7,500 | $    - | $    - |
| | $    - | $    - | $    - | $    - | $    - | $    - |
| | $   25,000 | $   25,000 | $   25,000 | $   25,000 | $   25,000 | $   25,000 |
| | **$   32,500** | **$   55,000** | **$   25,000** | **$   32,500** | **$   55,000** | **$   25,000** |
| | | $   1,100 | | $   1,200 | | $   1,100 |
| | | | $   1,200 | $   1,012 | | |
| | | | | $   1,000 | | |
| | **$    -** | **$   1,100** | **$   1,200** | **$   3,212** | **$    -** | **$   1,100** |
| | | $   891 | | $   10,290 | | $   891 |
| | | $   27,000 | | | | |
| | **$    -** | **$   27,891** | **$    -** | **$   10,290** | **$    -** | **$   891** |
| | | $   1,552 | | | | $   1,552 |
| | $   7,000 | $   7,000 | $   7,000 | $   7,000 | $   7,000 | $   7,000 |
| | $   1,000 | | $   528 | | | |
| | | | $   1,100 | | | |
| | **$   8,000** | **$   8,552** | **$   8,628** | **$   7,000** | **$   7,000** | **$   8,552** |